1  JEFFREY M. RATINOFF, ESQ. (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
2  BUCHANAN INGERSOLL & ROONEY, LLP
   333 Twin Dolphin Drive, Suite 700
3  Redwood Shores, CA 94065-1418
   Telephone: (650) 622-2300
4  Facsimile:  (650) 622-2499

5  Attorneys for Plaintiff,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No. C 07 2424 SC<br><br>**PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S CERTIFICATE OF INTERESTED PARTIES [CIV. L. R. 3-16]** |
|---|---|

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff First Advantage Background Services Corp. certifies that the following listed persons and entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

| **Person/Entity** | **Relationship/Interest** |
|---|---|
| First Advantage Corporation | Financial interest in Plaintiff as its parent corporation. |

/ / /

1  This certification is made to enable the Court to evaluate possible disqualification or recusal.

2

3  Dated: May 4, 2007                Respectfully submitted,

4                                    BUCHANAN INGERSOLL & ROONEY LLP

5

6                                    By: _____
                                          JEFFREY M. RATINOFF
7                                         Attorneys for Plaintiff
                                          FIRST ADVANTAGE BACKGROUND
8                                         SERVICES CORP.