JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No. C 07-02424 SC<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Karineh Khachatourian, of the law offices of Buchanan Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff First Advantage Background Services Corp. in this matter, and request that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at karineh.khachatourian@bipc.com.

Dated: May 7, 2007

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: KARINEH KHACHATOURIAN
Attorneys for Plaintiff
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

#1016495-v1

- 1 -

NOTICE OF APPEARANCE