| *Attorney or Party without Attorney:* BUCHANAN INGERSOLL & ROONEY, LLP <br> 333 TWIN DOLPHIN DR., #700 <br> REDWOOD CITY, CA 94065 <br> *Telephone No.* 650-622-2300   *FAX No:* 650-622-2499 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* FIRST ADVANTAGE BACKGROUND SERVICES, CORP., ET AL.
*Defendant:* PRIVATE EYES, INC., ET AL.

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* Fri, Aug. 17, 2007 | *Time:* 10:00AM | *Dept/Div.* | *Case Number:* C 072424 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiff First Advantage Background Services Corp.'s Certificate Of Interested Parties; Blank Order Setting Case Management Conference; Contents Of Joint Case Management Statement; Welcome To The Usdc-San Francisco Office Hours; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Ecf Registration Information Handout; Adr Dispute Resolution Procedures

3. a. *Party served:*  PRIVATE EYES, INC., BY SERVING: SANDRA L. JAMES, AGENT FOR SERVICE
   b. *Person served:* party in item 5.b

4. *Address where the party was served:* 190 N. WIGET LANE, SUITE 220
   WALNUT CREEK, CA 94598

5. *I served the party:*
   b. **by substituted service.** On: Thu., May. 17, 2007 at: 1:52PM I left the documents listed in item 2 with or in the presence of: DESIREE NUDO
   (1) (Business) A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. DENNIS G. MILANI



1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 630
      (iii) County: Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, May. 22, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DENNIS G. MILANI)

| Attorney or Party without Attorney: BUCHANAN INGERSOLL & ROONEY, LLP 333 TWIN DOLPHIN DR., #700 REDWOOD CITY, CA 94065 Telephone No. 650-622-2300   FAX No: 650-622-2499 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | |
| Plaintiff: FIRST ADVANTAGE BACKGROUND SERVICES, CORP., ET AL. | |
| Defendant: PRIVATE EYES, INC., ET AL. | |

| PROOF OF SERVICE By Mail | Hearing Date: Fri, Aug. 17, 2007 | Time: 10:00AM | Dept/Div: | Case Number: C 072424 SC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons And Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Plaintiff First Advantage Background Services Corp.'s Certificate Of Interested Parties; Blank Order Setting Case Management Conference; Contents Of Joint Case Management Statement; Welcome To The Usdc-San Francisco Office Hours; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Ecf Registration Information Handout; Adr Dispute Resolution Procedures

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Thu., May. 17, 2007
   b. Place of Mailing:        BURLINGAME, CA 94010
   c. Addressed as follows:    PRIVATE EYES, INC., BY SERVING: SANDRA L. JAMES, AGENT FOR
                               SERVICE
                               190 N. WIGET LANE, SUITE 220
                               WALNUT CREEK, CA 94598

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., May. 17, 2007 in the ordinary course of business.

5. *Person Serving:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GLORIA MADERA                          d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE                    e. I am: (3) registered California process server
      1541 Bayshore Hwy.                         (i)   Employee
      BURLINGAME, CA 94010                       (ii)  Registration No.:   810
   c. (650)697-9431, FAX (650)697-4640           (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, May. 22, 2007                                                  (GLORIA MADERA)

Judicial Council Form                         PROOF OF SERVICE                                       6222300.38478
Rule 982.9.(a)&(b) Rev January 1, 2007              By Mail