# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

PRIVATE EYES, INC., a California corporation, DOES 1-10


SC 07 2424

TO: (Name and address of defendant)
Sandra L. James
Private Eyes, Inc.
190 N. Wiget Lane, Suite 220
Walnut Creek, CA 94598

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Ratinoff (SBN 197241)

Buchanan Ingersoll & Rooney LLP

333 Twin Dolphin Drive, Suite 700

Redwood Shores, CA 94065-1418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  MAY - 4 2007

American LegalNet, Inc
www.USCourtForms.com

#1016015-v1

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE MAY 17, 2007 |
|---|---|
| NAME OF SERVER (PRINT) DENNIS G. MILANI | TITLE REGISTERED CA. PROCESS SERVER OF CONTRA COSTA CO. #630 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): BY SUBSTITUTED SERVICE ON THURSDAY MAY 17, 2007 @ 1:52 PM @ 190 N. WIGET LANE, SUITE 220 WALNUT CREEK, CA 94598 TO DESIREE NUDO, PERSON IN CHARGE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/23/2007
       Date

Signature of Server  DENNIS G. MILANI

Address of Server

A & A LEGAL SERVICE, INC.
(650) 697-9431
1541 Bayshore Hwy
Burlingame, CA 94010-1602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.