Mark R. Mittelman (SBN 96598)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

Attorneys for Defendant
PRIVATE EYES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendants. | Case No. C 07-02424 SC<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED by and between the parties herein that defendant's responsive pleadings, which were originally due on June 6, 2007, may be served up to and including June 13, 2007. Defendant has agreed not to file a Motion pursuant to Federal Rule of Civil Procedure 12 in lieu of answering the Complaint on file.

Dated: June 6, 2007                                  LAW OFFICES OF MARK R. MITTELMAN



/s/ Mark R. Mittelman
Mark R. Mittelman
Attorneys for Defendant
PRIVATE EYES, INC.

-1-
STIPULATION

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

1  Dated: June 6, 2007                    BUCHANAN, INGERSOLL & ROONEY

2

3                                          /s/ Jeffrey M. Ratinoff
                                           Jeffrey M. Ratinoff
4                                          Attorneys for Plaintiff
                                           FIRST ADVANTAGE BACKGROUND
5                                          SERVICES CORP.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION