Mark R. Mittelman (SBN 96598)
Paul A. Kanter (SBN 194596)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

Attorneys for Defendant
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>　　　　Defendants. | Case No. C07-2424<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

　　　IT IS HEREBY STIPULATED by and between the parties herein that Defendant's responsive pleadings, which were originally due on June 6, 2007, may be served up to and including June 22, 2007. Defendant has agreed not to file a Motion pursuant to Federal Civil Procedure 12 in lieu of answering the Complaint on file.

　　　This is a second extension of time granted by Plaintiff's counsel. The first extension was granted to June 13, 2007. However, Defendant's counsel, Mark R. Mittelman, had a personal family emergency involving the health of his father that arose the weekend of June 9th. Mr. Mittelman is therefore not available, for approximately one week, to review and file the necessary pleadings. It is expected that he will have the time and opportunity to review and finalize the pleadings so that they can be served no later than June 22, 2007.

1   This extension of time will not affect any dates that have been set by the Court.  The first
2 scheduled date, which is the last date for the parties to meet and confer on initial disclosures and
3 discovery scheduling, is set for July 27, 2007.

5  Dated:  June 12, 2007                                LAW OFFICES OF MARK R. MITTELMAN

7                                                      /s/ Paul A. Kanter
                                                       Paul A. Kanter
8                                                      Attorneys for Defendant
                                                       PRIVATE EYES, INC.

11 Dated:  June 12, 2007                                BUCHANAN, INGERSOLL & ROONEY

13                                                     /s/ Jeffrey M. Ratinoff
                                                       Jeffrey M. Ratinoff
14                                                     Attorneys for Plaintiff
                                                       FIRST ADVANTAGE BACKGROUND
15                                                     SERVICES CORP.



IT IS SO ORDERED
Judge Samuel Conti
6/13/07

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

#1018888-v1                                -2-
SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT