Mark R. Mittelman (SBN 96598)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679
e-mail: MMITTELMAN@MITTELLAW.COM

Attorneys for Defendant
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>　　　　Defendants. | Case No. C07-2424 SC<br><br>**DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT FOR (1) BREACH OF WRITTEN CONTRACT; (2) BREACH OF IMPLIED-IN-FACT CONTRACT; (3) COMMON COUNT FOR SERVICES PERFORMED; (4) OPEN BOOK ACCOUNT; (5) ACCOUNTS STATED; AND (6) UNJUST ENRICHMENT/QUANTUM MERUIT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　　As and for an Answer to the Complaint of FIRST ADVANTAGE BACKGROUND SERVICES, CORP., a Florida corporation, defendant PRIVATE EYES, INC. answers as follows:

　　　　1.　　In answer to the allegations contained in Parties, Paragraph 1 to the Complaint, this answering defendant admits the allegations contained therein.

　　　　2.　　In answer to the allegations contained in Parties, Paragraph 2 to the Complaint, this answering defendant admits the allegations contained therein.

　　　　3.　　In answer to the allegations contained in Parties, Paragraph 3 to the Complaint, this answering defendant admits the allegations contained therein.

4.      In answer to the allegations contained in Parties, Paragraph 4 to the Complaint, this answering defendant lacks sufficient information to admit or deny said allegations, and on the basis of such lack of information and belief, denies the allegations contained therein.

5.      In answer to the allegations contained in Parties, Paragraph 5 to the Complaint, this answering defendant lacks sufficient information to admit or deny said allegations, and on the basis of such lack of information and belief, denies the allegations contained therein.

6.      In answer to the allegations contained in Jurisdiction And Venue, Paragraph 6 to the Complaint, this answering defendant admits the allegations contained therein.

7.      In answer to the allegations contained in Jurisdiction And Venue, Paragraph 7 to the Complaint, this answering defendant admits the allegations contained therein.

8.      In answer to the allegations contained in Jurisdiction And Venue, Paragraph 8 to the Complaint, this answering defendant admits the allegations contained therein.

9.      In answer to the allegations contained in Jurisdiction And Venue, Paragraph 9 to the Complaint, this answering defendant admits the allegations contained therein.

10.     In answer to the allegations contained in General Allegations, Paragraph 10 to the Complaint, this answering defendant admits that it contracted with CCE as alleged.  Defendant admits that it outsourced said services to plaintiff's predecessor in interest, as is standard in the industry.  Except as admitted, defendant denies said remaining allegations.

11.     In answer to the allegations contained in General Allegations, Paragraph 11 to the Complaint, this answering defendant admits the allegations therein, but said services were to be billed through defendant, not directly to CCE.

12.     In answer to the allegations contained in General Allegations, Paragraph 12 to the Complaint, this answering defendant admits the allegations contained therein.

13.     In answer to the allegations contained in General Allegations, Paragraph 13 to the Complaint, this answering defendant admits the allegations therein, and that any such additional or related services were to be through defendant and billed through defendant.

14.     In answer to the allegations contained in General Allegations, Paragraph 14 to the Complaint, this answering defendant admits the allegations contained therein.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX:  (925) 256-0679

15. In answer to the allegations contained in General Allegations, Paragraph 15 to the Complaint, this answering defendant denies the allegations contained therein.

16. In answer to the allegations contained in General Allegations, Paragraph 16 to the Complaint, this answering defendant denies that it repeatedly breached the Agreement, but otherwise admits the remaining allegations contained therein.

17. In answer to the allegations contained in General Allegations, Paragraph 17 to the Complaint, this answering defendant denies the allegations contained therein.

18. In answer to the allegations contained in General Allegations, Paragraph 18 to the Complaint, this answering defendant denies the allegations contained therein.

19. In answer to the allegations contained in General Allegations, Paragraph 19 to the Complaint, this answering defendant denies the allegations contained therein.

20. In answer to the allegations contained in General Allegations, Paragraph 20 to the Complaint, this answering defendant denies the allegations contained therein.

21. In answer to the allegations contained in General Allegations, Paragraph 21 to the Complaint, this answering defendant denies the allegations contained therein.

22. In answer to the allegations contained in General Allegations, Paragraph 22 to the Complaint, this answering defendant denies the allegations contained therein.

23. In answer to the allegations contained in General Allegations, Paragraph 23 to the Complaint, this answering defendant denies the allegations contained therein.

24. In answer to the allegations contained in General Allegations, Paragraph 24 to the Complaint, this answering defendant denies the allegations contained therein.

25. In answer to the allegations contained in General Allegations, Paragraph 25 to the Complaint, this answering defendant denies the allegations contained therein.

26. In answer to the allegations contained in General Allegations, Paragraph 26 to the Complaint, this answering defendant denies the allegations contained therein.

27. In answer to the allegations contained in General Allegations, Paragraph 27 to the Complaint, this answering defendant denies the allegations contained therein.

28. In answer to the allegations contained in General Allegations, Paragraph 28 to the

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

Complaint, this answering defendant admits that on or about the end of October 2006, FIRST ADVANTAGE issued its October 2006 invoice, which it alleged totaled over $270,000.00, to PRIVATE EYES. Except as so admitted, this answering defendant denies that a true and correct copy of the first page of the October 2006 invoice is attached as Exhibit B to plaintiff's Complaint.

29. In answer to the allegations contained in General Allegations, Paragraph 29 to the Complaint, this answering defendant denies the allegations contained therein.

30. In answer to the allegations contained in General Allegations, Paragraph 30 to the Complaint, this answering defendant denies the allegations contained therein.

31. In answer to the allegations contained in the First Cause of Action, Paragraph 31 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 30 to plaintiff's Complaint.

32. In answer to the allegations contained in the First Cause of Action, Paragraph 32 to the Complaint, this answering defendant admits the allegations contained therein.

33. In answer to the allegations contained in the First Cause of Action, Paragraph 33 to the Complaint, this answering defendant admits the allegations contained therein.

34. In answer to the allegations contained in the First Cause of Action, Paragraph 34 to the Complaint, this answering defendant denies the allegations contained therein.

35. In answer to the allegations contained in the First Cause of Action, Paragraph 35 to the Complaint, this answering defendant denies the allegations contained therein.

36. In answer to the allegations contained in the First Cause of Action, Paragraph 36 to the Complaint, this answering defendant denies the allegations contained therein.

37. In answer to the allegations contained in the First Cause of Action, Paragraph 37 to the Complaint, this answering defendant denies the allegations contained therein.

38. In answer to the allegations contained in the Second Cause of Action, Paragraph 38 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 37 to plaintiff's Complaint.

39. In answer to the allegations contained in the Second Cause of Action, Paragraph 39 to the Complaint, this answering defendant denies the allegations contained therein.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

40. In answer to the allegations contained in the Second Cause of Action, Paragraph 40 to the Complaint, this answering defendant denies the allegations contained therein.

41. In answer to the allegations contained in the Second Cause of Action, Paragraph 41 to the Complaint, this answering defendant denies the allegations contained therein.

42. In answer to the allegations contained in the Second Cause of Action, Paragraph 42 to the Complaint, this answering defendant denies the allegations contained therein.

43. In answer to the allegations contained in the Second Cause of Action, Paragraph 43 to the Complaint, this answering defendant denies the allegations contained therein.

44. In answer to the allegations contained in the Third Cause of Action, Paragraph 44 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 43 to plaintiff's Complaint.

45. In answer to the allegations contained in the Third Cause of Action, Paragraph 45 to the Complaint, this answering defendant denies the allegations contained therein.

46. In answer to the allegations contained in the Third Cause of Action, Paragraph 46 to the Complaint, this answering defendant denies the allegations contained therein.

47. In answer to the allegations contained in the Third Cause of Action, Paragraph 47 to the Complaint, this answering defendant denies the allegations contained therein.

48. In answer to the allegations contained in the Third Cause of Action, Paragraph 48 to the Complaint, this answering defendant denies the allegations contained therein.

49. In answer to the allegations contained in the Fourth Cause of Action, Paragraph 49 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 48 to plaintiff's Complaint.

50. In answer to the allegations contained in the Fourth Cause of Action, Paragraph 50 to the Complaint, this answering defendant denies the allegations contained therein.

51. In answer to the allegations contained in the Fourth Cause of Action, Paragraph 51 to the Complaint, this answering defendant denies the allegations contained therein.

52. In answer to the allegations contained in the Fourth Cause of Action, Paragraph 52 to the Complaint, this answering defendant denies the allegations contained therein.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

5
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT

53. In answer to the allegations contained in the Fifth Cause of Action, Paragraph 52 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 52 to plaintiff's Complaint.

54. In answer to the allegations contained in the Fifth Cause of Action, Paragraph 54 to the Complaint, this answering defendant denies the allegations contained therein.

55. In answer to the allegations contained in the Fifth Cause of Action, Paragraph 55 to the Complaint, this answering defendant denies the allegations contained therein.

56. In answer to the allegations contained in the Fifth Cause of Action, Paragraph 56 to the Complaint, this answering defendant denies the allegations contained therein.

57. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 57 to the Complaint, this answering defendant incorporates by reference as though fully set forth herein its responses to Paragraphs 1 through 56 to plaintiff's Complaint.

58. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 58 to the Complaint, this answering defendant admits the allegations contained therein.

59. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 59 to the Complaint, this answering defendant admits the allegations contained therein.

60. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 60 to the Complaint, this answering defendant admits the allegations contained therein.

61. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 61 to the Complaint, this answering defendant denies the allegations contained therein.

62. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 62 to the Complaint, this answering defendant denies the allegations contained therein.

63. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 63 to the Complaint, this answering defendant denies the allegations contained therein.

64. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 64 to the Complaint, this answering defendant denies the allegations contained therein.

65. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 65 to the Complaint, this answering defendant denies the allegations contained therein.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

6
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT

66. In answer to the allegations contained in the Sixth Cause of Action, Paragraph 66 to the Complaint, this answering defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. As and for a first, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action against this answering defendant.

### SECOND AFFIRMATIVE DEFENSE

2. As and for a second, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that, on information and belief, plaintiff's alleged damages, if any there were, were aggravated by plaintiff's failure to use reasonable diligence to mitigate them.

### THIRD AFFIRMATIVE DEFENSE

3. As and for a third, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that if any sum is owed to plaintiff, pursuant to the contract alleged in plaintiff's Complaint, which defendants specifically deny, said sum is subject to a set-off of the damages sustained by defendants, pursuant to California Code of Civil Procedure §431.70.

### FOURTH AFFIRMATIVE DEFENSE

4. As and for a fourth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the action and all causes of action are barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

5. As and for fifth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff is estopped by action of law or by conduct from maintaining the action filed in this case.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

7
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT

### SIXTH AFFIRMATIVE DEFENSE

6. As and for a sixth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the action and all causes of action are barred by the applicable statute of limitations, including but not limited to California Code of Civil Procedure §§337, 339 and 344.

### SEVENTH AFFIRMATIVE DEFENSE

7. As and for a seventh, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff directed, ordered, approved and/or ratified defendant's conduct and plaintiff therefore is estopped from asserting any claim based thereon.

### EIGHTH AFFIRMATIVE DEFENSE

8. As and for a eighth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that prior to the commencement of this action, this answering defendant duly performed, satisfied, and discharged all duties and obligations it may have owed to plaintiff arising out of any and all agreements, representations, or contracts made by it or on behalf of this answering defendant, and this action is therefore barred by the provisions of California Civil Code §1473.

### NINTH AFFIRMATIVE DEFENSE

9. As and for a ninth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that prior to the commencement of this action, this answering defendant duly performed, satisfied, and discharged all duties and obligations it may have owed to plaintiff arising out of any and all agreements, representations, or contracts made by it or on behalf of this answering defendant except those obligations defendant was prevented and/or excused from performing by the acts and/or omission of plaintiff and/or other individuals or entities not named as defendants in the Complaint.

### TENTH AFFIRMATIVE DEFENSE

10. As and for a tenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that if this answering

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

8
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT

defendant did not perform, satisfy, and discharge all duties and obligations it may have owed to plaintiff arising out of any and all agreements, representations, or contracts made by it or on behalf of this answering cross-defendant, that performance of each obligation is excused due to impossibility or impracticability in each instance.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. As and for an eleventh, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute an award of prejudgment interest against this answering defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

12. As and for a twelfth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute an award of attorneys' fees against this answering defendant.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. As and for a thirteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant contends that, if it is determined that this answering defendant did not perform one or more obligations under any contract or agreement, plaintiff did not perform its obligations under each contract or agreement as aforesaid, which obligations were a condition precedent to any performance by defendant in each instance.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. As and for a fourteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that plaintiff substantially and materially breached the obligation/contract complained of prior to commencement of this action, which conduct extinguishes the right to maintain the instant action.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. As and for a fifteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that prior to

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

commencement of this action, and for a valuable consideration, and under mutual terms and conditions, plaintiff waived and forever discharged its right to maintain an action as set forth in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE

16. As and for a sixteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the which is the subject of this lawsuit was procured by the fraud and misrepresentation of plaintiff voiding the obligations of defendant thereunder.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17. As and for a seventeenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the action filed in this case is not maintainable under the doctrine of laches.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18. As and for a eighteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant alleges that the plaintiff in this case is guilty of "unclean hands" in the matters set forth in the Complaint, which conduct extinguishes the right to legal and equitable relief in this action.

## NINETEENTH AFFIRMATIVE DEFENSE

19. As and for a nineteenth, separate and distinct affirmative defense to plaintiff's Complaint, and to each cause of action contained therein, this answering defendant that it performed all of its obligations to plaintiff pursuant to any and all contracts and agreements described in the Complaint, and pursuant to the novations reached between this defendant herein. (California Civil Code §§ 1530, 1531.)

WHEREFORE, this answering defendant prays for judgment as follows:

1. That plaintiff take nothing by way of its Complaint on file herein;
2. For cost of suit incurred herein;

/ / /

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

10
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT

1    3.   For reasonable attorneys' fees; and

2    4.   For such other and further relief as the Court may deem just and proper.

4  Dated: June 22, 2007                                LAW OFFICES OF MARK R. MITTELMAN

                                                      _____
                                                      Mark R. Mittelman
                                                      Attorneys for Defendant
                                                      PRIVATE EYES, INC.

## **DEMAND FOR TRIAL BY JURY**

COMES NOW, defendant PRIVATE EYES, INC., by and through its attorneys, and hereby demands trial by jury of the within action.

Dated: June 22, 2007                                  LAW OFFICES OF MARK R. MITTELMAN

                                                      _____
                                                      Mark R. Mittelman
                                                      Attorneys for Defendant
                                                      PRIVATE EYES, INC.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

11
DEFENDANT PRIVATE EYES, INC.'S ANSWER TO COMPLAINT