# EXHIBIT A



Employee
Information
Services

[via email]

March 19, 2002

Ms. Sandra James
Private Eyes, Inc.
700 Ygnacio Valley Road #350
Walnut Creek, CA  94596

Dear Ms. James:

Thank you for taking time today to discuss the opportunities with Coca-Cola.  I am
biased, but I believe that Employee Information Services (EI) is uniquely able to partner
with Private Eyes for this relationship and hopefully many others.  Due to the relative
speed in which this opportunity is developing, I believe it is worth documenting some of
what has been discussed and agreed to at this point.  Therefore, please consider this
letter as a Letter of Understanding (LOU) and a work in process.  For the purposes of
this letter and in respect to time, this LOU applies for Coca-Cola but can be expanded at
any time to address other prospects or current clients of Private Eyes and EI.

**Business Relationship:**

It is EI's understanding that Coca-Cola has contracted with Private Eyes for
background screens and drug screening.  Private Eyes is seeking a partner to
provide drug screening services directly to Coca-Cola.  Therefore, EI will provide
complete support and services for drug screening directly to Coca-Cola.

As a result of this relationship and for the purposes of developing a partnership
relationship with Private Eyes, Coca-Cola and possibly other clients, EI will agree
not to directly solicit Coca-Cola for any of the services provided by Private Eyes
unless EI receives the written consent of Private Eyes.  In return, Private Eyes
will agree not to directly solicit Coca-Cola for any of the services that are
provided by EI unless Private Eyes receives the written consent of EI.

The parties realize that the success of the Coca-Cola relationship is dependant
on the satisfactory performance of both of the service components of the
contract.  Private Eyes reserves the right to cancel subcontract with EIS if
Coca-Cola expresses dissatisfaction with the performance of EIS and EIS is
unable to correct any performance deficiencies within 30 days of formal or
informal notice from Coca-Cola of such dissatisfaction.

## Invoicing

Since Coca-Cola's contract for services is with Private Eyes, Private Eyes will be responsible for unified invoicing to the client. Therefore, EI will agree to and provide data to Private Eyes to import into their financial package to generate appropriate invoicing. Specifications and methods of interfacing billing data will be agreed to at a later time.

## Pricing

EI offers Private Eyes the following pricing for services to be provided to Coca-Cola.

"In Network" Drug Screening                                    $23.00 per test
- Source in-network collection facilities
- Set up in-network collection facilities
- Complete urine specimen collection
- Set up laboratory accounts
- Order laboratory supplies
- Complete laboratory analysis
- Order pre-printed Custody and Control Forms
- Oversee Medical Review Officer services
- Report results
- Store records
- Consolidate urine collection, laboratory, MRO and program management fees

"Out of Network" Drug Screening                                $41.00 per test
- Source out of network collection facilities
- Set up out of network collection facilities
- Complete urine specimen collection
- Set up laboratory accounts
- Order laboratory supplies
- Complete laboratory analysis
- Order pre-printed Custody and Control Forms
- Oversee Medical Review Officer services
- Report results
- Store records
- Consolidate urine collection, laboratory, MRO and program management fees

Mobile/After-Hours Services:                                   see below
- Coordination for the collection of mobile/post-accident tests performed at $100/hour (one-hour minimum) plus the actual cost of the collection
- Mobile charges (which are based on mileage, wait time, number of people tested, tests performed and other applicable charges) passed through at cost

Please note that EI has additional services that can be quoted at a future time including:

      DOT or Non-DOT physicals scheduling, review, and compliance
      Medical Consultation and return to duty evaluation
      Employee Assistance Programs (EAP)

Follow up testing / rehabilitation management
Policy development
Records Management (Driver files, compliance checks, etc)

**Payments and Rebates**

EI's billing data to Private Eyes will be at the rates listed above. Alternately, EI's bill to Private Eyes can be at a reduced rate and Private Eyes can "mark up" the amount for invoicing to the client.

It is EI's understanding that CocaCola will be offered a 3% discount (based on $23.00 actual cost of goods) for any invoices paid to Private Eyes less than net-15. Accordingly, EI will offer Private Eyes a 3% discount for any invoice paid to EI net-22 or less.

**Future Agreements**

It is understood and agreed to by both EI and Private Eyes that there may be additional agreements and / or contracts to formalize this or other business initiatives. Therefore, this LOU may be superceded.

Sandra, in the brief conversations that we have had to date, it is obvious that both of our companies have similar goals and priorities on service, value add, and mutually beneficial relationships. EI strives to infuse integrity and ingenuity into an industry that is plagued with border-line business practices. I am confident that as we continue to develop our abilities to partner together, our companies and our clients will benefit from our efforts.

Please do not hesitate to contact me. I look forward to working with you and your organization. To formalize our understandings and intents, if you find this LOU agreeable, please sign and return a copy to me.

Best Regards,                                    Agreed to by:

Todd Oliver                                      Sandra James
Employee Information Services                    Private Eyes Incorporated

                                                 Date  3/29/02