# EXHIBIT D



June 21, 2005

Sandra James
President
Private Eyes Inc.
190 North Wiget Lane Suite #220
Walnut Creek, CA 94598

RE: First Advantage Corporation and Coca Cola Enterprises

Dear Ms. James:

As you are aware, Private Eyes and First Advantage have had an ongoing business relationship for the provision of background investigation and drug screening services to Coca Cola for a number of years. That relationship has been based on a trust and a pattern of business that Private Eyes would not endeavor to broker the sale of services of a competitor of First Advantage to Coca Cola, and likewise First Advantage has not endeavored to directly sell its services to Coca Cola, or in anyway circumvent the relationship that Private Eyes has had with Coca Cola.

However, it has come to our attention and knowledge that Private Eyes has now taken steps to breach that trusted business relationship it has had with First Advantage with regard to Coca Cola. We are informed that Private Eyes has arranged meetings and is orchestrating efforts to sell the services of competitors of First Advantage to Coca Cola. The results of these actions would severely damage First Advantage's business position and revenue for the services provided to Coca Cola. Consequently, First Advantage is compelled by Private Eye's recent actions to protect its business position with Coca Cola.

In fairness, First Advantage will provide Private Eyes an opportunity to refute and / or cure the breach of this business relationship by the close of business Thursday June 23, 2005. Private Eyes is hereby requested to cease and desist in any efforts with Coca Cola which work to the detriment of First Advantage. Private Eye's failure to respond to this notice and to cease and desist in its promotion of First Advantage competitors' products and services to Coca Cola will result in First Advantage taking steps to protect its own business interest which will include and may not be limited to the direct sale of its services to Coca Cola.

Please govern yourself accordingly.

Sincerely,

Bret Jardine
Senior Associate Counsel

100 Carillon Parkway • St. Petersburg, FL 33716 • T: 727.214.3411 • F: 727.214.3410
www.FADV.com

```
*********-COMM. JOURNAL- ********************* DATE JUN-13-2007 ***** TIME 11:45 **********

                    MODE = MEMORY TRANSMISSION        START=JUN-13 11:40    END=JUN-13 11:45

                    FILE NO.=075

        STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.    PAGES     DURATION

         001       OK        *                14104805024    022/022   00:04:20
```



-MARK MITTELMAN LAW OFFICE-

`*********************************** - - ***** - - **********`

| | |
|---|---|
| 1 | Mark R. Mittelman (SBN 96598) |
| | LAW OFFICES OF MARK R. MITTELMAN |
| 2 | A Professional Corporation |
| | 190 North Wiget Lane, Suite 101 |
| 3 | Walnut Creek, California 94598 |
| | Telephone: (925) 256-0677 |
| 4 | Facsimile: (925) 256-0679 |
| 5 | Attorneys for Defendant / Counter-Claimant / |
| | Cross-Complainant |
| 6 | PRIVATE EYES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | | |
| 12 | FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No. C07-2424 |
| 13 | Plaintiff, | PRIVATE EYES, INC.'S COUNTERCLAIM AGAINST FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION AND CROSS-COMPLAINT AGAINST ROES 1-20 FOR THE FOLLOWING CAUSES OF ACTION: |
| 14 | vs. | |
| 15 | PRIVATE EYES, INC., a California corporation, DOES 1-10, | |
| 16 | | |
| 17 | Defendants. | 1. BREACH OF WRITTEN CONTRACT |
| 18 | | 2. BREACH OF ORAL CONTRACT |
| | | 3. UNJUST ENRICHMENT |
| | | 4. INTENTIONAL INTERFENCE WITH CONTRACTUAL RELATIONSHIP |
| 19 | | 5. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE |
| 20 | | |
| 21 | | 6. FRAUD --FALSE PROMISE |
| | | 7. FRAUD -- INTENTIONAL MISREPRESENTATION |
| 22 | | 8. UNFAIR TRADE PRACTICES |
| 23 | | DEMAND FOR JURY TRIAL |

PRIVATE EYES, INC. hereby counterclaims against FIRST ADVANTAGE BACKGROUND SERVICES CORP. and cross-complains against ROES 1-20 and alleges as

-1-

PRIVATE EYES, INC.'S COUNTER-CLAIM AGAINST FIRST ADVANTAGE BACKGROUND SERVICES CORP.