# EXHIBIT E

All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **First Advantage Corporation** | | | | | | |
| Invoice | 5/31/2005 | 233 | | 5/31/2005 | 655.00 | 655.00 |
| Invoice | 6/30/2005 | 234 | | 6/30/2005 | 3,595.00 | 3,595.00 |
| Invoice | 7/31/2005 | 235 | | 7/31/2005 | 3,725.00 | 3,725.00 |
| Invoice | 7/31/2005 | 236 | | 7/31/2005 | 6,285.00 | 6,285.00 |
| Invoice | 7/31/2005 | 244 | JULY MVR | 7/31/2005 | 7,578.00 | 7,578.00 |
| Invoice | 8/31/2005 | 245 | | 8/31/2005 | 7,578.00 | 7,578.00 |
| Invoice | 9/30/2005 | 237 | | 9/30/2005 | 2,340.00 | 2,840.00 |
| Invoice | 9/30/2005 | 246 | SEPTEMBE... | 9/30/2005 | 7,578.00 | 7,578.00 |
| Invoice | 10/31/2005 | 238 | | 10/31/2005 | 4,170.00 | 4,170.00 |
| Invoice | 10/31/2005 | 247 | OCTOBER M... | 10/31/2005 | 7,578.00 | 7,578.00 |
| Invoice | 11/30/2005 | 239 | | 11/30/2005 | 3,805.00 | 3,805.00 |
| Invoice | 11/30/2005 | 248 | OCTOBER M... | 11/30/2005 | 7,578.00 | 7,578.00 |
| Invoice | 12/31/2005 | 240 | | 12/31/2005 | 3,515.00 | 3,515.00 |
| Invoice | 12/31/2005 | 249 | | 12/31/2005 | 7,578.00 | 7,578.00 |
| Invoice | 1/1/2006 | 262 | | 1/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 1/31/2006 | 241 | | 1/31/2006 | 4,580.00 | 4,580.00 |
| Invoice | 2/1/2006 | 263 | | 2/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 2/28/2006 | 242 | | 2/28/2006 | 4,080.00 | 4,080.00 |
| Invoice | 3/1/2006 | 264 | | 3/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 3/31/2006 | 243 | | 3/31/2006 | 3,700.00 | 3,700.00 |
| Invoice | 4/1/2006 | 265 | | 4/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 5/1/2006 | 266 | | 5/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 6/1/2006 | 268 | | 6/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 7/1/2006 | 269 | | 7/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 8/1/2006 | 270 | | 8/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 8/7/2006 | 220 | JULY 2006 | 8/7/2006 | 3,645.00 | 3,645.00 |
| Invoice | 8/7/2006 | 221 | JUNE 2006 | 8/7/2006 | 3,585.00 | 3,585.00 |
| Invoice | 8/7/2006 | 222 | JUNE 2006 | 8/7/2006 | 3,585.00 | 3,585.00 |
| Invoice | 8/7/2006 | 223 | MAY 2006 | 8/7/2006 | 4,195.00 | 4,195.00 |
| Invoice | 8/7/2006 | 224 | APRIL 2006 | 8/7/2006 | 5,250.00 | 5,250.00 |
| Invoice | 8/7/2006 | 225 | MARCH 2006 | 8/7/2006 | 3,700.00 | 3,700.00 |
| Invoice | 8/7/2006 | 226 | FEBRUARY ... | 8/7/2006 | 4,080.00 | 4,080.00 |
| Invoice | 9/1/2006 | 271 | | 9/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 9/6/2006 | 230 | August 2006 ... | 9/6/2006 | 4,230.00 | 4,230.00 |
| Invoice | 9/30/2006 | 261 | | 9/30/2006 | 3,970.00 | 3,970.00 |
| Invoice | 10/1/2006 | 272 | | 10/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 10/31/2006 | 260 | | 10/31/2006 | 3,400.00 | 3,400.00 |
| Invoice | 11/1/2006 | 273 | | 11/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 12/1/2006 | 278 | | 12/1/2006 | 4,350.00 | 4,350.00 |
| Invoice | 12/1/2006 | 279 | | 12/1/2006 | 3,805.00 | 3,805.00 |
| Invoice | 12/1/2006 | 282 | | 12/1/2006 | 294,122.87 | 294,122.87 |
| Invoice | 1/1/2007 | 277 | | 1/1/2007 | 4,350.00 | 4,350.00 |
| Invoice | 1/1/2007 | 280 | | 1/1/2007 | 3,515.00 | 3,515.00 |
| Invoice | 1/1/2007 | 281 | | 1/1/2007 | 243,021.99 | 243,021.99 |
| Invoice | 2/1/2007 | 274 | | 2/1/2007 | 4,350.00 | 4,350.00 |
| Invoice | 2/1/2007 | 275 | | 2/1/2007 | 4,595.00 | 4,595.00 |
| Invoice | 2/1/2007 | 276 | | 2/1/2007 | 287,665.51 | 287,665.51 |
| **Total First Advantage Corporation** | | | | | **1,023,683.37** | **1,023,683.37** |
| **TOTAL** | | | | | **1,023,683.37** | **1,023,683.37** |