JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. C 07-02424 SC<br><br>**PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS DEFENDANT PRIVATE EYES INC.'S COUNTERCLAIM**<br><br>Date: August 17, 2007<br>Time: 10:00 a.m.<br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br><br>Complaint Filed: May 4, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff First Advantage Background Services Corp. ("First Advantage") hereby submits this Request for Judicial Notice in Support of its Motion to Dismiss Defendant Private Eyes, Inc.'s Counterclaim.

On a motion to dismiss filed pursuant to F.R.Civ.P. 12(b)(6), the Court may take judicial notice of adjudicative facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b) (West 2007); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1555 n. 19 (9th Cir.1989). Facts are not subject to reasonable dispute where they are either "generally known" or "capable of

accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b) (West 2007); *accord Greeson v. Imperial Irr. Dist.*, 59 F.2d 529 (9th Cir. 1932) (explaining that "[j]udicial knowledge is taken of all matters generally known" and further noting that "the court is bound to take notice of public facts"). Accordingly, First Advantage requests that this Court take judicial notice of the following facts that constitute matters of general public knowledge and that are capable of accurate and ready determination pursuant to Federal Rule of Evidence 201:

1. The first day of summer is marked by the summer solstice, which occurs on June 21st of each year.

2. The first day of summer in 2005 was June 21st.

3. The last day of spring in 2005 was June 20th.

WHEREFORE, First Advantage respectfully requests that the Court take judicial notice of the forgoing facts in consideration of its concurrently filed Motion to Dismiss.

Dated: July 12, 2007

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

/s/ Jeffrey M. Ratinoff
_____
By: JEFFREY M. RATINOFF
Attorneys for Plaintiff
FIRST ADVANTAGE BACKGROUND SERVICES CORP.