JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.: C 07-02424 SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS DEFENDANT PRIVATE EYES INC.'S COUNTERCLAIM**<br><br>Date: August 17, 2007<br>Time: 10:00 a.m.<br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br><br>Complaint Filed: May 4, 2007 |

　　　　Having considered Plaintiff First Advantage Background Services Corp.'s Request for Judicial Notice in Support of Motion to Dismiss Defendant Private Eyes Inc.'s Counterclaim, and good cause appearing therefore, the Request for Judicial Notice IS GRANTED.

　　　　In ruling on First Advantage Background Services Corp.'s Motion to Dismiss Private Eyes, Inc.'s Counterclaim, the Court shall take judicial notice of the following facts pursuant to Federal Rule of Evidence 201:

　　　　1.　　The first day of summer is marked by the summer solstice, which occurs on June 21st of each year.

2. The first day of summer in 2005 was June 21st.

3. The last day of spring in 2005 was June 20th.

The Court finds that such facts are "not subject to reasonable dispute" as they are "generally known" and "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b) (West 2007); *accord Greeson v. Imperial Irr. Dist.*, 59 F.2d 529 (9th Cir. 1932).

It is so ORDERED.

Dated: _____    _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

Buchanan Ingersoll & Rooney LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

#1020849-v1

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
ISO MOTION TO DISMISS; CASE NO.: C 07-02424 SC