UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendant(s).<br><br>AND RELATED COUNTER-CLAIMS. | Case No. C 07-02424 SC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 19, 2007

_____
Bret Jardine on behalf of,
First Advantage Background Services Corp.

Dated: July 23, 2007

_____
Jeffrey M. Ratinoff
Attorney for Plaintiff,
First Advantage Background Services Corp.

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com