UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FIRST ADVANTAGE BACKGROUND
SERVICES CORP., a Florida corporation,

                            Plaintiff(s),

v.

PRIVATE EYES, INC., a California
corporation, DOES 1-10,
                            Defendant(s).

AND RELATED COUNTER-CLAIMS.

CASE NO. C 07-02424 SC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) Non-binding Mediation
with JAMS.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline 180 days from the date of this Order.

Dated: July 27, 2007

/s/ Jeffrey M. Ratinoff
Jeffrey M. Ratinoff
Attorney for Plaintiff

Dated: July 27, 2007

/s/ Mark R. Mittelman
Mark R. Mittelman
Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  180 days from the date of this Order

IT IS SO ORDERED.

Dated:  7/30/07                              _____
                                             UNITED STATES DISTRICT JUDGE

*(Signed: Judge Samuel Conti)*

American LegalNet, Inc.
www.USCourtForms.com

#1022260-v1