IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FIRST ADVANTAGE BACKGROUND**

        Plaintiff(s),

v.

**PRIVATE EYES, INC.**

        Defendant(s),
_____/

No. **C-07-2424 SC**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **August 17, 2007** before the Honorable Samuel Conti. The conference has been reset for **November 16, 2007 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 16, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
      Courtroom Deputy