# EXHIBIT C

LAW OFFICES OF
**TERENCE DANIEL DOYLE**
A PROFESSIONAL CORPORATION
571 Hartz Avenue
Danville, CA 94526
925-855-4330 (Telephone)
925-855-4344 (Facsimile)

WRITER'S DIRECT DIAL NUMBER
925-314-2320

Terence Daniel Doyle*‡ LL.M. Taxation
Michael LaMay
Ron Maidenberg
David J. Golde
R. Joseph Shatzko
Richard D. Grossman

‡ Licensed in California, Arizona and Hawaii

July 2, 2004

Bart Valdez
First Advantage Corporation
805 Executive Center Drive West, Suite 300
St. Petersburg, FL 33702

   *Re: Private Eyes, Inc.*

Dear Mr. Valdez:

   During a conference call on April 27, 2004 we reached an agreement regarding compensation payable to Private Eyes, Inc. (PEI) from First Advantage Corporation (FAC) resulting from PEI's loss of annual Coca Cola Enterprises (CCE) MVR business to FAC.

   FAC was to pay PEI $1.80 for every MVR pulled by FAC for CCE monthly, payable within thirty (30) days of the end of the month, starting with the month of March 2004. FAC was also to provide PEI with regular reports showing CCE MVR activity. No payments have been received thus far and no reports have been shared.

   Please ask whoever should be processing the payment and generating the reports to do so forthwith. Thank you for your intervention in this regard.

                                        Very truly yours,

                                        LAW OFFICES OF TERENCE DANIEL DOYLE

                                        Terence Daniel Doyle, Esq.

cc: Sandra James, President, Private Eyes, Inc.

VIA Fed Ex