JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No.: C 07-02424 SC<br><br>**DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PRIVATE EYES, INC.'S FIRST AMENDED COUNTERCLAIM**<br><br>Date: December 14, 2007<br>Time: 10:00 a.m.<br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1 |
| AND RELATED COUNTER-CLAIMS. | Complaint Filed: May 4, 2007<br>Trial Date: None |

I, Jeffrey M. Ratinoff, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, and the United States District Court for the Northern District of California. I am a senior attorney with Buchanan Ingersoll & Rooney ("Buchanan") in its Silicon Valley, California office. I am counsel of record for Plaintiff First Advantage Background Services, Corp. ("First Advantage") in the above-entitled litigation. If called upon to testify as to the matters set forth herein, I could and would competently testify thereto as the matters set forth herein are personally known to me to be true.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant Private Eyes, Inc.'s Counterclaim Against First Advantage Background Services Corporation, filed in the above-

1  entitled matter on June 22, 2007 (Docket Entry No. 12).

2      3.    Attached hereto as Exhibit B is a true and correct copy of the Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Dismiss the Fourth Through Ninth Causes of Action in Defendant's Counterclaims, filed in the above-entitled matter on September 5, 2007 (Docket Entry No. 30).

    4.    Attached hereto as Exhibit C is a true and correct copy of Defendant Private Eyes, Inc.'s First Amended Counterclaim: (1) Breach of Written Contract; (2) Breach of Oral Contract; (3) Unjust Enrichment; (4) Intentional Interfence [sic] With Contractual Relationship; (5) Intentional Interference With Prospective Economic Advantage; (6) Fraud -- False Promise I; (7) Fraud -- False Promise II; (8) Account Stated [First Advantage Only]; (9) Open Book Account (Common Count) [First Advantage Only]; Demand Jury Trial, filed in the above-entitled matter on October 5, 2007 (Docket Entry No. 31-2).

    5.    Attached hereto as Exhibit D is a true and correct copy of Private Eyes, Inc.'s Memorandum of Points and Authorities in Opposition to Motion to Dismiss Portions of Counter-Claim Against First Advantage Background Services Corp, filed in the above-entitled matter on July 27, 2007 (Docket Entry No. 25).

    6.    Attached hereto as Exhibit E is a true and correct copy of Plaintiff First Advantage Background Services Corp.'s Reply to Defendant Private Eyes, Inc.'s Opposition to Motion to Dismiss Private Eyes, Inc.'s Counterclaims Against Plaintiff, filed in the above-entitled matter on August 3, 2007 (Docket Entry No. 27).

    7.    On or about August 10, 2007, PEI served its initial disclosures and certain documents with those disclosures. I have reviewed and am familiar with the documents produced by PEI with its Initial Disclosures. Within those documents, PEI produced an email sent Julie Waters to Sandra James on November 10, 2006. A true and correct copy of that November 10, 2006 email from Julie Waters to Sandra James, is attached hereto as Exhibit F.

/ / /

/ / /

/ / /

1      8.    Attached hereto as Exhibit G is a true and correct copy of a November 10, 2006
2  letter from Julie Waters to Sandra James, which is the attachment to the November 10, 2006 email
3  referenced in Paragraph 7 and attached hereto as Exhibit F.
4      I declare under the penalty of perjury pursuant to the laws of the United States and the State
5  of California that the foregoing is true and correct.  Executed this 22nd day of October, 2007, in
6  Redwood Shores, California.

                              /s/ Jeffrey M. Ratinoff
                              JEFFREY M. RATINOFF