EXHIBIT F

**Private Eyes, Sandra James**

| | |
|---|---|
| **From:** | Julie Waters [Julie.Waters@fadv.com] |
| **Sent:** | Friday, November 10, 2006 1:55 PM |
| **To:** | sandra@privateeyesinc.com |
| **Subject:** | FW: |
| **Attachments:** | PEI letter.pdf |

**From:** Julie Waters
**Sent:** Friday, November 10, 2006 4:52 PM
**To:** 'sandra@privateeyesinc.com"
**Cc:** Bart Valdez; Myron A. Blackmon
**Subject:**

Ms. James,
I have attached a letter to you regarding funds paid to you for services provided by First Advantage through the month of September. Please contact me at your earliest convenience to arrange remittance of these funds to First Advantage. If this occurs prior to the close of business on Monday, we will discuss resuming services under the terms of our agreement with PEI. Thank you.


Julie Waters
Vice President/General Counsel
One Progress Plaza
Suite 2400
St. Petersburg, FL 33701
jwaters@fadv.com
>A New Name. A New Vision.
>A World of Solutions.
Confidentiality notice: The email message contained herein is intended only for the individual to whom or entity to which it is addressed as shown at the beginning of the message and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or if the employee or agent responsible for delivering the message is not an employee or agent of the intended recipient, you are hereby notified that any review, dissemination, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return email and permanently delete this message and your reply to the extent it includes this message. Thank you for your cooperation

7/16/2007