EXHIBIT G



**FIRST** Advantage

Julie A. Waters
Vice President and
General Counsel

November 10, 2006

Sandra James
President
Private Eyes, Inc.
1901 North Wiget Lane
Suite #220
Walnut Creek, CA 94598

Dear Ms. James:

This letter is a follow up to the correspondence sent to you on November 9th by Bret Jardine. We have learned that, contrary to your prior assertions, PEI has been paid by CCE for services provided by First Advantage through the month of September. CCE has confirmed this to us.

Accordingly, we are hereby requesting that you remit these funds to First Advantage no later than the close of business on November 13, 2006. Under the terms of our agreement with PEI, we are due these funds for services provided. If you remit these funds to us by the close of business on November 13th, we will agree to discuss resuming our services under the terms of our agreement

Your prompt attention to this matter is appreciated.

Sincerely yours

Julie Waters
Vice President, General Counsel

cc:   Bart Valdez
      Myron Blackmon

100 Carillon Parkway • St Petersburg FL 33716 • T 727 214 3411 • F 727 214 3453 • www.fadv.com