JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. C 07-02424 SC<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC

1   I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years
2   and not a party to this action; that I served the below named persons the following document
3   electronically when I filed the below document electronically with the United States District Court,
4   Northern District, on October 22, 2007:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS PRIVATE EYES, INC.'S FIRST AMENDED COUNTERCLAIM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **DECLARATION OF JEFFREY M. RATINOFF IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PRIVATE EYES, INC.'S FIRST AMENDED COUNTERCLAIM**

- **PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS DEFENDANT PRIVATE EYES INC.'S FIRST AMENDED COUNTERCLAIM**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PRIVATE EYES, INC.'S FIRST AMENDED COUNTERCLAIM AND ITS REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF**

The following are those who are currently on the list to receive e-mail notices for this case:

- Karineh Khachatourian
  karineh.khachatourian@bipc.com

- Jeffrey Michael Ratinoff
  jeffrey.ratinoff@bipc.com; samantha.burde@bipc.com

- Mark R. Mittelman
  mmittelman@mittellaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on October 22, 2007

_____
Samantha Burde

Buchanan Ingersoll & Rooney LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418

#1027965-v1

- 1 -

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC