JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. C 07-02424 SC<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named persons the following document electronically when I filed the below document electronically with the United States District Court for the Northern District of California, on November 30, 2007:

- **FIRST ADVANTAGE'S REPLY IN SUPPORT OF MOTION TO DISMISS THE FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION OF PRIVATE EYE'S FIRST AMENDED COUNTERCLAIM**

The following are those who are currently on the list to receive e-mail notices for this case:

- Karineh Khachatourian
  karineh.khachatourian@bipc.com

- Jeffrey Michael Ratinoff
  jeffrey.ratinoff@bipc.com; samantha.burde@bipc.com

- Mark R. Mittelman
  mmittelman@mittellaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on November 30, 2007

*/s/ Samantha Burde*
Samantha Burde

#1030580-v1

- 1 -

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC

Buchanan Ingersoll & Rooney LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418