UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2424          SAMUEL CONTI          DATE 1/25/08
Case Number        Judge

Title: FIRST ADVANTAGE        vs PRIVAGE EYES, INC.

Attorneys: JEFFREY RATINOFF        PAUL KANTER

Deputy Clerk: T. De Martini    Court Reporter: Margo Gurule

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 10/8/08    Pretrial Statements Due

Case Continued to 11/21/08 @ 10:00 A.M.    for Pretrial Conference

Case Continued to 12/8/08 @ 9:30 A.M.    for Jury Trial

Case Continued to              for Further Status Conference

Case Continued to 10/24/08 @ 10:00 A.M.    for Motions

ORDERED AFTER HEARING:

cc: