JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065-1418
Telephone:  (650) 622-2300
Facsimile:   (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

Mark R. Mittelman (SBN 96598)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**JOINT ADMINISTRATIVE REQUEST FOR MAGISTRATE ASSIGNMENT; [PROPOSED] ORDER**<br><br>Judge:  Honorable Samuel Conti<br>Complaint Filed:  May 4, 2007<br>Trial: December 8, 2008 |

Plaintiff and Counter-Defendant First Advantage Background Services Corp. ("First Advantage") and Defendant and Counterclaimant Private Eyes, Inc. ("PEI") file this joint administrative request for assignment of a Magistrate Judge for discovery purposes only pursuant to Civil Local Rule 7-11 ("L.R. 7-11"). This request has become necessary because this case is currently not assigned to a Magistrate Judge, and there is at least one discovery dispute that may necessitate motion practice and require expedited proceedings. The parties also anticipate that there may be additional discovery disputes as the case progresses. Thus, to avoid delay in resolving their disputes, the parties jointly request a Magistrate assignment prior to seeking scheduling accommodations for the filing of these discovery motions.

### 1. PROCEDURE

To make an administrative request under L.R. 7-11, a moving party or parties must set forth specifically the action request, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under L.R. 7-12 or, (b) by a declaration explaining why a stipulation could not be reached.

### 2. ACTION REQUESTED

Plaintiff and Defendant respectfully request that the District Court assign a permanent Magistrate Judge to case No. C 07-02424 SC for discovery purposes only.

### 3. REASONS SUPPORTING THIS REQUEST

Ongoing negotiations between the parties towards a mutually acceptable protective order regarding the treatment of confidential documents and things have stalled. Though agreement has been reached on most of the protective order provisions, there are several outstanding issues which will require the intervention of the Court. Fact discovery in this matter closes on October 8, 2008, so time for production is running short.

The parties seek to file an expedited motion to resolve these issues. No Magistrate has yet been assigned by this Court. In order to quickly resolve these few issues, the parties request an assigned Magistrate with whom to file their motion. Further, the assignment of discovery matters to a Magistrate will conserve the resources of this Court.

///

**4.    <u>STIPULATION</u>**

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge to assign a Magistrate Judge for discovery purposes only.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 15, 2008        BUCHANAN INGERSOLL & ROONEY LLP

/s/ Jeffrey M. Ratinoff
By:    JEFFREY M. RATINOFF
       Attorneys for Plaintiff
       FIRST ADVANTAGE BACKGROUND
       SERVICES CORP.

Dated: April 15, 2008        LAW OFFICES OF MARK R. MITTELMAN

/s/ Mark R. Mittelman
By:    MARK R. MITTELMAN
       PAUL A. KANTER
       Attorneys for Defendant
       PRIVATE EYES, INC.

**[PROPOSED] ORDER**

Before the court is the parties' Joint Administrative Request for Magistrate Assignment, filed April 15, 2008, by which the parties request a referral to a Magistrate Judge for purposes of resolving discovery disputes that have arisen.

Good cause appearing, the above-title action is HEREBY REFERRED to a Magistrate Judge for purposes of resolving discovery disputes.

The parties shall contact the chambers of the assigned Magistrate Judge upon receiving notice of such assignment, in order to determine the manner in which the assigned Magistrate Judge prefers the matter proceed.

**IT IS SO ORDERED.**

DATED: _____          By: _____
                                              HONORABLE SAMUEL CONTI
                                              United States District Judge

#1035988-v2