1  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY, LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, CA  94065-1418
   Telephone:  (650) 622-2300
5  Facsimile:   (650) 622-2499

6  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
7

8  Mark R. Mittelman (SBN 96598)
   LAW OFFICES OF MARK R. MITTELMAN
9  A Professional Corporation
   190 North Wiget Lane, Suite 101
10 Walnut Creek, California 94598
   Telephone: (925) 256-0677
11 Facsimile: (925) 256-0679

12 Attorneys for Defendant and Counterclaimant,
   PRIVATE EYES, INC.,
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No.: C 07-02424 SC |
| 18  Plaintiff, | **JOINT ADMINISTRATIVE REQUEST FOR MAGISTRATE ASSIGNMENT; [PROPOSED] ORDER** |
| 19  vs. | |
| 20  PRIVATE EYES, INC., a California corporation, DOES 1-10 | |
| 21 | Judge:  Honorable Samuel Conti |
| 22  Defendants. | Complaint Filed:  May 4, 2007<br>Trial: December 8, 2008 |
| 23 | |
| 24  AND RELATED COUNTERCLAIM. | |

25

26

27

28

JOINT ADMINISTRATIVE REQUEST FOR MAGISTRATE ASSIGNMENT; [PROPOSED]
ORDER; CASE NO. C 07-02424 SC

Plaintiff and Counter-Defendant First Advantage Background Services Corp. ("First Advantage") and Defendant and Counterclaimant Private Eyes, Inc. ("PEI") file this joint administrative request for assignment of a Magistrate Judge for discovery purposes only pursuant to Civil Local Rule 7-11 ("L.R. 7-11").  This request has become necessary because this case is currently not assigned to a Magistrate Judge, and there is at least one discovery dispute that may necessitate motion practice and require expedited proceedings.  The parties also anticipate that there may be additional discovery disputes as the case progresses.  Thus, to avoid delay in resolving their disputes, the parties jointly request a Magistrate assignment prior to seeking scheduling accommodations for the filing of these discovery motions.

**1.    PROCEDURE**

To make an administrative request under L.R. 7-11, a moving party or parties must set forth specifically the action request, and the reasons supporting the motion.  Such a motion must be accompanied by either (a) a stipulation of parties under L.R. 7-12 or, (b) by a declaration explaining why a stipulation could not be reached.

**2.    ACTION REQUESTED**

Plaintiff and Defendant respectfully request that the District Court assign a permanent Magistrate Judge to case No. C 07-02424 SC for discovery purposes only.

**3.    REASONS SUPPORTING THIS REQUEST**

Ongoing negotiations between the parties towards a mutually acceptable protective order regarding the treatment of confidential documents and things have stalled.  Though agreement has been reached on most of the protective order provisions, there are several outstanding issues which will require the intervention of the Court.  Fact discovery in this matter closes on October 8, 2008, so time for production is running short.

The parties seek to file an expedited motion to resolve these issues.  No Magistrate has yet been assigned by this Court.  In order to quickly resolve these few issues, the parties request an assigned Magistrate with whom to file their motion.  Further, the assignment of discovery matters to a Magistrate will conserve the resources of this Court.

///

**4.** **STIPULATION**

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge to assign a Magistrate Judge for discovery purposes only.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 15, 2008  BUCHANAN INGERSOLL & ROONEY LLP

/s/ Jeffrey M. Ratinoff
By:  JEFFREY M. RATINOFF
     Attorneys for Plaintiff
     FIRST ADVANTAGE BACKGROUND
     SERVICES CORP.

Dated: April 15, 2008  LAW OFFICES OF MARK R. MITTELMAN

/s/ Mark R. Mittelman
By:  MARK R. MITTELMAN
     PAUL A. KANTER
     Attorneys for Defendant
     PRIVATE EYES, INC.

1 **[~~PROPOSED~~] ORDER**

2 Before the court is the parties' Joint Administrative Request for Magistrate Assignment, filed

3 April 15, 2008, by which the parties request a referral to a Magistrate Judge for purposes of

4 resolving discovery disputes that have arisen.

5 Good cause appearing, the above-title action is HEREBY REFERRED to a Magistrate Judge

6 for purposes of resolving discovery disputes.

7 The parties shall contact the chambers of the assigned Magistrate Judge upon receiving

8 notice of such assignment, in order to determine the manner in which the assigned Magistrate Judge

9 prefers the matter proceed.

10 **IT IS SO ORDERED.**

13 DATED: 4/16/08                    By: _____
HON. SAMUEL CONTI
United States District Judge



#1035988-v2

- 3 -

JOINT ADMINISTRATIVE REQUEST FOR MAGISTRATE ASSIGNMENT; [PROPOSED] ORDER; CASE NO. C 07-02424 SC