1  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY, LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, CA  94065-1418
   Telephone:  (650) 622-2300
5  Facsimile:   (650) 622-2499

6  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
7

8  Mark R. Mittelman (SBN 96598)
   LAW OFFICES OF MARK R. MITTELMAN
9  A Professional Corporation
   190 North Wiget Lane, Suite 101
10 Walnut Creek, California 94598
   Telephone: (925) 256-0677
11 Facsimile: (925) 256-0679

12 Attorneys for Defendant and Counterclaimant,
   PRIVATE EYES, INC.,
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No.: C 07-02424 SC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP. TO RESPOND TO PRIVATE EYES, INC.'S SECOND AMENDED COUNTERCLAIM** |
| vs. | |
| PRIVATE EYES, INC., a California corporation, DOES 1-10 | |
| Defendants. | Judge:  Honorable Samuel Conti<br>Dept.:  Courtroom 1<br>Complaint Filed:  May 4, 2007<br>Trial: December 8, 2008 |
| AND RELATED COUNTERCLAIM. | |

- 1 -
STIPULATION TO EXT. TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES TO
RESPOND TO PRIVATE EYES' SECOND AM. COUNTERCLAIM; CASE NO. C 07-02424 SC

1  IT IS HEREBY STIPULATED by and between the parties herein that Plaintiff and Counter-Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP.'s ("First Advantage") response to the Second Amended Counterclaim filed by Defendant and Counterclaimant PRIVATE EYES, INC. ("PEI"), which was originally due on April 18, 2008, may be filed and served up to and including April 29, 2008.  This is the first extension of time sought by First Advantage.  The parties believe that this extension of time will not affect any dates or other deadlines that have been set by the Court.

Dated:  April 16, 2008                          BUCHANAN INGERSOLL & ROONEY LLP


                                                /s/ Jeffrey M. Ratinoff
                                                By:   JEFFREY M. RATINOFF
                                                      Attorneys for Plaintiff
                                                      FIRST ADVANTAGE BACKGROUND
                                                      SERVICES CORP.


Dated:  April 16, 2008                          LAW OFFICES OF MARK R. MITTELMAN


                                                /s/ Mark R. Mittelman
                                                By:   MARK R. MITTELMAN
                                                      PAUL A. KANTER
                                                      Attorneys for Defendant
                                                      PRIVATE EYES, INC.

#1039125-v2                                 - 2 -
STIPULATION TO EXT. TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES TO RESPOND TO PRIVATE EYES' SECOND AM. COUNTERCLAIM; CASE NO. C 07-02424 SC