JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065-1418
Telephone:  (650) 622-2300
Facsimile:   (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

Mark R. Mittelman (SBN 96598)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**STIPULATION TO EXTEND TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP. TO RESPOND TO PRIVATE EYES, INC.'S SECOND AMENDED COUNTERCLAIM**<br><br>Judge:  Honorable Samuel Conti<br>Dept.:  Courtroom 1<br>Complaint Filed:  May 4, 2007<br>Trial: December 8, 2008 |

- 1 -
STIPULATION TO EXT. TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES TO RESPOND TO PRIVATE EYES' SECOND AM. COUNTERCLAIM; CASE NO. C 07-02424 SC

1  IT IS HEREBY STIPULATED by and between the parties herein that Plaintiff and Counter-Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP.'s ("First Advantage") response to the Second Amended Counterclaim filed by Defendant and Counterclaimant PRIVATE EYES, INC. ("PEI"), which was originally due on April 18, 2008, may be filed and served up to and including April 29, 2008.  This is the first extension of time sought by First Advantage.  The parties believe that this extension of time will not affect any dates or other deadlines that have been set by the Court.

Dated: April 16, 2008  BUCHANAN INGERSOLL & ROONEY LLP

/s/ Jeffrey M. Ratinoff
By:  JEFFREY M. RATINOFF
    Attorneys for Plaintiff
    FIRST ADVANTAGE BACKGROUND
    SERVICES CORP.

Dated: April 16, 2008  LAW OFFICES OF MARK R. MITTELMAN

/s/ Mark R. Mittelman
By:  MARK R. MITTELMAN
    PAUL A. KANTER
    Attorneys for Defendant
    PRIVATE EYES, INC.

**IT IS SO ORDERED**
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#1039125-v2

- 2 -

STIPULATION TO EXT. TIME FOR FIRST ADVANTAGE BACKGROUND SERVICES TO RESPOND TO PRIVATE EYES' SECOND AM. COUNTERCLAIM; CASE NO. C 07-02424 SC