MICHAEL K. BOSWORTH (SBN 75887)
Email: michael.bosworth@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-02424 SC<br><br>**NOTICE OF APPEARANCE FOR MICHAEL K. BOSWORTH**<br><br><br><br>Complaint Filed:  May 4, 2007<br>Trial Date:          December 8, 2008 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that Michael K. Bosworth, of the law offices of Buchanan Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff and Counter-Defendant First Advantage Background Services Corp. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at michael.bosworth@bipc.com.

/ / /

/ / /

/ / /

- 1 -
NOTICE OF APPEARANCE FOR MICHAEL K. BOSWORTH; CASE NO. C 07-02424 SC

| | |
|---|---|
| Dated: April 25, 2008 | Respectfully submitted,<br><br>BUCHANAN INGERSOLL & ROONEY LLP<br><br>_/s/ Michael K. Bosworth_<br>By: MICHAEL K. BOSWORTH<br>Attorneys for Plaintiff and Counter-Defendant,<br>FIRST ADVANTAGE BACKGROUND<br>SERVICES CORP. |

#1039867-v1  NOTICE OF APPEARANCE FOR MICHAEL K. BOSWORTH; CASE NO. C 07-02424 SC