1  MICHAEL K. BOSWORTH (SBN 75887)
   Email: michael.bosworth@bipc.com
2  BUCHANAN INGERSOLL & ROONEY, LLP
   333 Twin Dolphin Drive, Suite 700
3  Redwood Shores, CA 94065-1418
   Telephone: (650) 622-2300
4  Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No. C 07-02424 SC<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.** |
| AND RELATED COUNTERCLAIMS. | Complaint Filed: May 4, 2007<br>Trial Date: December 8, 2008 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT Jeffrey M. Ratinoff and Karineh Khachatourian will no longer be counsel of record for Plaintiff and Counter-Defendant First Advantage Background Services Corp. ("First Advantage") as they are no longer with the firm representing the above-named party in this action.

/ / /

/ / /

/ / /

Michael Bosworth of Buchanan Ingersoll & Rooney LLP, who is currently counsel of record in this case shall effectively be lead counsel as of the date of this Notice. All notices and service should be directed to Attorney Bosworth as follows:

> MICHAEL K. BOSWORTH
> Email: michael.bosworth@bipc.com
> BUCHANAN INGERSOLL & ROONEY LLP
> 333 Twin Dolphin Drive, Suite 700
> Redwood Shores, CA 94065
> Telephone: (866) 461-4586
> Facsimile: (650) 622-2499

Dated: April 25, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

/s/ Jeffrey M. Ratinoff

By:  JEFFREY M. RATINOFF
Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.