RICHARD J. BAYLESS (SBN 153516)
Email: richard.bayless@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
707 Broadway, Suite 800
San Diego, CA 92101-5386
Telephone: (619) 239-8700
Facsimile: (619) 702-3898

MICHAEL K. BOSWORTH (SBN 75887)
Email: michael.bosworth@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-02424 SC<br><br>**NOTICE OF APPEARANCE FOR RICHARD J. BAYLESS**<br><br><br><br>Complaint Filed: May 4, 2007<br>Trial Date: December 8, 2008 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that Richard J. Bayless, of the law offices of Buchanan Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff and Counter-Defendant First Advantage Background Services Corp. in this matter, and

- 2 -

requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at richard.bayless@bipc.com.

Dated: May 9, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/ R. J. Bayless
RICHARD J. BAYLESS
Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

- 2 -

#1039883-v1   NOTICE OF APPEARANCE FOR RICHARD J. BAYLESS; CASE NO. C 07-02424 SC