1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  BUCHANAN INGERSOLL & ROONEY, LLP
   707 Broadway, Suite 800
3  San Diego, CA 92101-5386
   Telephone: (619) 239-8700
4  Facsimile: (619) 702-3898

5  MICHAEL K. BOSWORTH (SBN 75887)
   Email: michael.bosworth@bipc.com
6  BUCHANAN INGERSOLL & ROONEY, LLP
   333 Twin Dolphin Drive, Suite 700
7  Redwood Shores, CA 94065-1418
   Telephone: (650) 622-2300
8  Facsimile: (650) 622-2499

9  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No. C 07-02424 SC<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: May 4, 2007 |
|---|---|
| AND RELATED COUNTER-CLAIMS. | |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named persons the following document electronically when I filed the below document electronically with the United States District Court for the Northern District of California, on May 9, 2008:

- **NOTICE OF APPEARANCE FOR RICHARD J. BAYLESS**

The following are those who are currently on the list to receive e-mail notices for this case:

- Richard J. Bayless
  richard.bayless@bipc.com

- Michael Knox Bosworth
  mbosworth@bipc.com

- Paul Adam Kanter
  pkanter@mittellaw.com

- Mark R. Mittelman
  mmittelman@mittellaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on May 9, 2008.

_____
Lynda M. West

- 1 -
CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC