1 | SAMANTHA L. SOUTHALL
samantha.southall@bipc.com
2 | BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
3 | Philadelphia, PA 19103-2985
Telephone: 215 665 3884
4 | Fax: 215 665 8760

5 | Attorneys for Plaintiff and Counter-Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

FILED
08 MAY 12 PM 4: 33

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No. C 07-02424 SC |
|---|---|
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| vs. | Judge: Hon. Samuel Conti |
| PRIVATE EYES, INC., a California corporation, DOES 1-10, | Dept: Courtroom 1 |
| Defendants. | Complaint Filed: May 4, 2007 |
| AND RELATED COUNTERCLAIM. | |

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    C 07-02424 SC

1   Pursuant to Civil L.R. 11-3, Samantha L. Southall, an active member in good standing of the
2   bars of the Commonwealth of Pennsylvania and State of New York, hereby applies for admission to
3   practice in the Northern District of California on a pro hac vice basis representing plaintiff and
4   counterdefendant First Advantage Background Services Corp. in the above-entitled action.
5   In support of this application, I certify on oath that:
6   1.   I am an active member in good standing of the Pennsylvania Supreme Court and
7   New York Court of Appeals, as indicated above;
8   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
11  3.   An attorney who is a member of the bar of this Court in good standing and who
12  maintains an office within the State of California has been designated as co-counsel in the above-
13  entitled action. The name, address and telephone number of that attorney is:

Richard J. Bayless, Esq.
BUCHANAN INGERSOLL & ROONEY LLP
707 Broadway, Suite 800
San Diego, CA 92101
(619) 239-8700

17  I declare under penalty of perjury that the foregoing is true and correct.
18  Dated: May 9, 2008

Samantha L. Southall

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*          C 07-02424 SC