UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendants. | Case No. C 07-02424 SC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge:   Hon. Samuel Conti<br>Dept:    Courtroom 1<br><br>Complaint Filed:   May 4, 2007 |
| AND RELATED COUNTERCLAIM. | |

WHEREAS, Samantha L. Southall, an active member in good standing of the bars of the Commonwealth of Pennsylvania and State of New York, whose business address and telephone number is Buchanan Ingersoll & Rooney PC, 1835 Market Street, 14th Floor, Philadelphia, Pennsylvania 19103-2985, (215) 665 3884, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff and counterdefendant First Advantage Background Services Corp.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
United States Magistrate Judge

- 1 -

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***   C 07-02424 SC