1  CRAIG D. MILLS
   craig.mills@bipc.com
2  BUCHANAN INGERSOLL & ROONEY PC
   1835 Market Street, 14th Floor
3  Philadelphia, PA  19103-2985
   Telephone:   215 665 3863
4  Fax:         215 665 8760

5  Attorneys for Plaintiff and Counter-Defendant
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
6



7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 FIRST ADVANTAGE BACKGROUND          Case No. C 07-02424 SC
   SERVICES CORP., a Florida corporation,
12                                     **APPLICATION FOR ADMISSION OF**
                        Plaintiff,     **ATTORNEY *PRO HAC VICE***
13     vs.
                                       Judge:         Hon. Samuel Conti
14 PRIVATE EYES, INC., a California    Dept:          Courtroom 1
   corporation, DOES 1-10,
15                      Defendants.    Complaint Filed:   May 4, 2007

16 AND RELATED COUNTERCLAIM.

---

1  Pursuant to Civil L.R. 11-3, Craig D. Mills, an active member in good standing of the bar of
2  the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern
3  District of California on a pro hac vice basis representing plaintiff and counterdefendant First
4  Advantage Background Services Corp. in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1.  I am an active member in good standing of the Pennsylvania Supreme Court, as
7  indicated above;

8  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11 3.  An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is:

> Richard J. Bayless, Esq.
> BUCHANAN INGERSOLL & ROONEY LLP
> 707 Broadway, Suite 800
> San Diego, CA 92101
> (619) 239-8700

17 I declare under penalty of perjury that the foregoing is true and correct.

18 Dated: 9 MAY 2008

Craig D. Mills

- 1 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                C 07-02424 SC