UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 07-02424 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: Hon. Samuel Conti<br>Dept: Courtroom 1<br><br>Complaint Filed: May 4, 2007 |

WHEREAS, Craig D. Mills, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address and telephone number is Buchanan Ingersoll & Rooney PC, 1835 Market Street, 14th Floor, Philadelphia, Pennsylvania 19103-2985, (215) 665 3863, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff and counterdefendant First Advantage Background Services Corp.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/13/08

_____
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

- 1 -

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*   C 07-02424 SC