1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
3  San Diego, CA 92101-5386
   Telephone: (619) 239-8700
4  Facsimile: (619) 702-3898

5  CRAIG D. MILLS (*PRO HAC VICE*)
   Email: craig.mills@bipc.com
6  SAMANTHA L. SOUTHALL (*PRO HAC VICE*)
   Email: samantha.southall@bipc.com
7  BUCHANAN INGERSOLL & ROONEY PC
   1835 Market Street, 14th Floor
8  Philadelphia, PA 19103-2985
   Telephone: (215) 665-8700
9  Facsimile: (215) 665-8760

10 Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15
   | FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No. C 07-02424 SC |
   |---|---|
   | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | Complaint Filed: May 4, 2007 |
   | PRIVATE EYES, INC., a California corporation, DOES 1-10 | |
   | Defendants. | |
   | AND RELATED COUNTER-CLAIMS. | |

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the below named persons the following document electronically when I filed the below document electronically with the United States District Court for the Northern District of California, on May 13, 2008:

- **STIPULATED PROTECTIVE ORDER**

The following are those who are currently on the list to receive e-mail notices for this case:

- Richard J. Bayless
  richard.bayless@bipc.com

- Craig D. Mills
  craig.mills@bipc.com

- Samantha L. Southall
  samantha.southall@bipc.com

- Michael Knox Bosworth
  mbosworth@bipc.com

- Paul Adam Kanter
  pkanter@mittellaw.com

- Mark R. Mittelman
  mmittelman@mittellaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on May 13, 2008.

Elena Lopez