Mark R. Mittelman (SBN 96598)
Paul A. Kanter (SBN 194596)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679
Email: mmittellman@mittellaw.com
Email: pkanter@mittellaw.com

Attorneys for Defendant / Counter-Claimant / Cross-Complainant
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>    Defendants.<br><hr>PRIVATE EYES, INC., a California corporation,<br><br>    Counterclaimant and Cross-Complainant,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation;<br><br>    Counter-defendant,<br><br>and<br><br>ROES 1-20,<br><br>    Cross-Defendants. | Case No. C07-2424 SC<br><br>**COUNTER-CLAIMANT PRIVATE EYES, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTER-CLAIM TO ADD CAUSES OF ACTION FOR FRAUD AND VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT; MEMORANUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [F.R.C.P. 15]**<br><br>DATE: July 11, 2008<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 1<br>JUDGE: Hon. Samuel Conti<br><br>Complaint Filed: May 4, 2007<br><br>Counter-Claim Filed: June 22, 2007 |

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

PRIVATE EYES, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTER-CLAIM     C07-2424 SC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on ?????, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 1 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant and Counter-Claimant PRIVATE EYES, INC. [PEI] will move the Court to enter an order pursuant to Federal Rule of Civil Procedure 15(a) for leave to file a Third Amended Counter-Claim against FIRST ADVANTAGE BACKGROUND SERVICES, INC. and ROES 1-20 to assert new causes of action for Fraud and Violations of the California Uniform Trade Secrets Act.

This motion is made on grounds that the Court's March 5, 2008 order dismissing certain claims with prejudice did not provide leave to amend to assert these two claims and the order makes it clear that such claims should have been directly stated. PEI had sought to confine the scope of its pleadings and therefore had not brought such claims earlier, but the order dismissing some of the other claims makes it necessary for PEI to now add the two causes of action that are the subject of this motion. Since leave to amend should be liberally granted, and as this case is still in the pleadings stage, this Court should grant the motion.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Mark R. Mittelman and attached Exhibits filed herewith, the Proposed Third Amended Counter-Claim filed herewith, along with the papers, records, and pleadings on file herein and on such other and further matters as may be presented at the hearing on this matter.

Dated: May 15, 2008  
LAW OFFICES OF MARK R. MITTELMAN

 /s/ Mark R. Mittelman  
Mark R. Mittelman  
Paul A. Kanter  
Attorneys for Defendant / Counter-Claimant / Cross-Complainant  
PRIVATE EYES, INC.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

- 1 -

PRIVATE EYES, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTER-CLAIM          C07-2424 SC