```
Mark R. Mittelman (SBN 96598)
Paul A. Kanter (SBN 194596)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, California  94598
Telephone: (925) 256-0677
Facsimile:  (925) 256-0679
Email: mmittelman@mittellaw.com
Email: pkanter@mittellaw.com

Attorneys for Defendant / Counter-Claimant /
Cross-Complainant
PRIVATE EYES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>    Defendants. | Case No. C07-2424 SC<br><br>**DECLARATION OF MARK R. MITTELMAN IN SUPPORT OF COUNTER-CLAIMANT PRIVATE EYES, INC.'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTER-CLAIM TO ADD CAUSES OF ACTION FOR FRAUD AND VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT**<br>**[F.R.C.P. 15]** |
| PRIVATE EYES, INC., a California corporation,<br><br>    Counterclaimant and Cross-Complainant,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation;<br><br>    Counter-defendant,<br><br>and<br><br>ROES 1-20,<br><br>    Cross-Defendants. | DATE:     ????<br>TIME:     10:00 a.m.<br>DEPT:     Courtroom 1<br>JUDGE:    Hon. Samuel Conti<br><br>Complaint Filed:  May 4, 2007<br><br>Counter-Claim Filed:  June 22, 2007 |

DECLARATION OF MARK R. MITTELMAN IN SUPPORT OF PEI'S         C07-2424 SC
MOTION FOR LEAVE TO AMEND TO FILE THIRD AMENDED COUNTER-CLAIM

I, Mark R. Mittelman, declare:

1. I am an attorney licensed to practice law in the United States District Court for the Northern District of California and am principal of the Law Offices of Mark R. Mittelman, one of the attorneys of record for Defendant / Counter-Claimant PRIVATE EYES, INC. in the within matter. The following statements are based on my personal knowledge and I could and would competently testify thereto in a court of law.

2. That attached to this declaration as Exhibit A is the proposed Third Amended Counter-Claim that PRIVATE EYES, INC. seeks leave of this Court to file.

3. The proposed Third Amended Counter-Claim sets forth two additional causes of action: (1) a Tenth Cause of Action for Fraud and (2) and Eleventh Cause of Action for Violation of the California Uniform Trade Secrets Act (CUTSA).

4. The proposed Fraud cause of action alleges that FIRST ADVANTAGE BACKGROUND SERVICES, INC. [FADV] fraudulently represented to PRIVATE EYES, INC. [PEI] that it would pay $1.80 for each and every Motor Vehicle Records [MVR] check that FADV performed for Coca-Cola Enterprises [CCE].

5. PEI has not sought to assert this Fraud cause of action until now because it believed that its Fraud cause of action based on the wrongful solicitation of the MVR business (its Sixth Cause of Action) was sufficient to adequately compensate it for the damages inflicted by FADV. PEI does not wish to assert unnecessary causes of action. However, since this Court dismissed most of the Sixth Cause of Action with prejudice in its order dated March 5, 2008, PEI now believes it must directly assert the cause of action.

6. The proposed CUTSA cause of action alleges that FADV wrongfully disclosed trade secrets, specifically cost information and profit margins, to CCE in violation of the California Uniform Trade Secrets Act.

7. PEI has not sought to assert this CUTSA cause of action until now because it believes that its causes of action for Intentional Interference with Prospective Economic Advantage (which as based, in part, on the disclosure of trade secrets) and Fraud (Sixth Cause of Action) were sufficient to compensate it for the damage inflicted by FADV's wrongful disclosures. However, in response to

- 1 -

1  FADV's motion to dismiss, this Court held that all claims based on disclosure of trade secrets were
2  preempted by CUTSA. It was only at that point that PEI believed it had to bring a direct claim for
3  CUTSA.

4      8.    PEI's sole purpose for bringing this motion is to ensure, as much as possible, that it
5  receives full compensation for the damage inflicted by FADV's wrongful conduct. PEI had been
6  satisfied with its First Amended Counter-Claim, but FADV's partially successful motion to dismiss
7  has now necessitated a further round of pleadings. PEI has attempted to confine its pleadings only to
8  claims that are necessary, and has sought as much as possible to avoid ancillary or secondary claims.
9  That is the reason that these claims have not been asserted earlier.

10      9.    The trial in this case has been set for December 8, 2008. At the time this declaration is
11  being filed, FADV has not yet filed an answer to the Second Amended Counter-Claim.

12      10.    The parties have not taken any depositions in this matter. It is not expected that these
13  new claims will appreciably increase the amount of discovery, since the new claims are related to
14  other claims which have not been dismissed.

15      11.    Based on the foregoing, I respectfully request that this Court grant PEI leave to amend
16  to assert new causes of action for fraud and violation of the California Uniform Trade Secrets Act.

17  I declare under penalty of perjury of the laws of the State of California and of the United
18  States of America that the foregoing is true and correct. Executed on this the 15th day of May, 2008
19  in Walnut Creek, California.

                                              /s/ Mark R. Mittelman
                                              Mark R. Mittelman

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
190 NORTH WIGET LANE
SUITE 101
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

- 2 -
DECLARATION OF MARK R. MITTELMAN IN SUPPORT OF PEI'S    C07-2424 SC
MOTION FOR LEAVE TO AMEND TO FILE THIRD AMENDED COUNTER-CLAIM