RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE EYES, INC.**<br><br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br>Complaint Filed: May 4, 2007 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Defendant and Counterclaimant Private Eyes, Inc. substitutes

Fitzgerald Abbott & Beardsley LLP as its counsel of record in this matter.

Former Attorney

Defendant and Counterclaimant Private Eyes, Inc.'s former counsel:

Mark R. Mittelman (SBN 96598)
Law Offices of Mark R. Mittelman, a Professional Corporation
190 North Wiget Lane, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

is no longer its attorneys in this matter.

1

1

New Attorney

2

Defendant and Counterclaimant Private Eyes, Inc.'s new counsel in this matter and new

3

attorney of record on whom all notices and papers may be served is:

4

Richard T. White (SBN 58622)
William E. Adams (SBN 153330)

5

Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor

6

Oakland, CA 94612
Telephone: (510) 451-3300

7

Facsimile: (510) 451-1527

8

//

9

//

10

//

11

//

12

//

13

//

14

//

15

//

16

//

17

//

18

//

19

//

20

//

21

//

22

//

23

//

24

//

25

//

26

//

27

28

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE
EYES, INC., Case No.: C 07-02424 SC

5/23/08 (99999) #302850.1

1    Substitution Based on Consent

2    The undersigned consent to the substitution and certify that this substitution will not

3    delay the proceedings in this matter:

4    Dated: _5/27/_____, 2008                 PRIVATE EYES, INC.

5

6                                             By: _____
                                                  Sandra James
7    Dated: _5/23_____, 2008               LAW OFFICES OF MARK R. MITTELMAN

8

9                                             By: _____
                                                  Mark R. Mittelman
10

11   Dated: _May 27_____, 2008                FITZGERALD ABBOTT & BEARDSLEY LLP

12

13                                            By: _____
                                                  Richard T. White
14                                                Fitzgerald Abbott & Beardsley LLP
                                                  1221 Broadway, 21st Floor
15                                                Oakland, CA 94612
                                                  Telephone: (510) 451-3300
16                                                Facsimile: (510) 451-1527
                                                  rwhite@fablaw.com
17                                                Attorneys for Private Eyes, Inc.

18

19   SO ORDERED.

20

21   Dated: June ____, 2008                   _____

22                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
     _____
                          3
     NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE
     EYES, INC., Case No.: C 07-02424 SC