RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No.: C 07-02424 SC<br><br>**PROOF OF SERVICE**<br><br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br>Complaint Filed: May 4, 2007 |
| AND RELATED COUNTERCLAIM. | |

---
1
PROOF OF SERVICE, Case No.: C 07-02424 SC

5/27/08 (99999) #302850.1

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE - F.R.C.P. §5** |
| 2 | I, the undersigned, declare: I am employed in the County of Alameda, State of |
| 3 | California. I am over the age of 18 and not a party to the within action. I am employed by |
| 4 | Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. |
| 5 | On **May 27, 2008**, I served a true and correct copy of the following document(s): |
| 6 | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE EYES, INC.** |
| 7 | on the following interested parties, by causing service by the method indicated below: |

| **Craig D. Mills**<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>T: 215-665-3863<br>F: 215-665-8760<br>*Attorney for Plaintiff First Advantage Background Services Corp.* |   |
|---|---|

|   |   |
|---|---|
|   | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
|   | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
|   | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| X | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
|   | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on May 27, 2008 at Oakland, California.

Marie V. Erickson
Print Name of Person Who Served Papers

Signature of Person Who Served Papers

Proof of Service

5/27/08 (23324) #276913.1

# Message Confirmation Report

MAY-27-2008 01:03 PM TUE

```
                          Xerox WorkCentre 4118 Series
                          Machine ID        :  FAX
                          Serial Number     :  YHT188717.......
                          Fax Number        :  5104511527
```

Name/Number    :   12156658760
Page           :   6
Start Time     :   MAY-27-2008 01:02PM TUE
Elapsed Time   :   00'54"
Mode           :   STD ECM
Results        :       O.K

---

**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

## FACSIMILE TRANSMISSION

**TO:** Craig D. Mills

**FROM:** Marie V. Erickson
Paralegal

**FAX:** (215) 665-8760

**DATE:** May 27, 2008

**PHONE NO.:**

**CLIENT/MATTER NO.:** 9996-25420

**RE:** First Advantage v. PEI
Notice of Substitution of Counsel

If copy is illegible or incomplete,
please call (510) 451-3300.

**PAGES:** 6 (including cover)

**MESSAGES:**

JPH 5/27/08

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE PROTECTED BY THE ATTORNEY-CLIENT OR OTHER ATTORNEY PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE OR THE PERSON RESPONSIBLE FOR DELIVERING FACSIMILES TO THE ADDRESSEE, THEN YOU HAVE RECEIVED THIS FACSIMILE IN ERROR. IN SUCH CASE, YOU ARE NOT AUTHORIZED TO USE, DISSEMINATE, DISTRIBUTE OR COPY SUCH FACSIMILE BUT ARE REQUESTED TO TELEPHONE THE SENDER AND MAIL THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS.