1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
3  San Diego, CA 92101
   Telephone:  (619) 239-8700
4  Facsimile:  (619) 702-3898

6  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>                  Plaintiff,<br><br>          vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>                  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-02424 SC<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.**<br><br>Judge:     Hon. Samuel Conti<br>Dept:      Courtroom 1<br><br>Complaint Filed:  May 4, 2007<br>Trial Date:       December 8, 2008 |
|---|---|

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT Michael K. Bosworth will no longer be counsel of record for Plaintiff and Counter-Defendant First Advantage Background Services Corp. ("First Advantage").  Please remove Michael K. Bosworth from your respective service lists.

/ / /

/ / /

/ / /

/ / /

- 1 -
NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.; CASE NO. C 07-02424 SC

All notices and service should be directed to Attorney Richard J. Bayless of Buchanan Ingersoll & Rooney LLP, who is currently counsel of record in this case, as follows:

>
> RICHARD J. BAYLESS
> Email: richard.bayless@bipc.com
> BUCHANAN INGERSOLL & ROONEY LLP
> 707 Broadway, Suite 800
> San Diego, CA 92101
> Telephone: (619) 239-8700
> Facsimile: (619) 702-3898

Dated: May 28, 2008

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY LLP

s/ Richard J. Bayless
By:  RICHARD J. BAYLESS
    Attorneys for Plaintiff and Counter-Defendant,
    FIRST ADVANTAGE BACKGROUND
    SERVICES CORP.

- 2 -
NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.; CASE NO. C 07-02424 SC

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On May 28, 2008, I served the within documents:

1. **NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.**

The following are those who are currently on the list to receive e-mail notices for this case:

- Richard J. Bayless
  richard.bayless@bipc.com

- Craig D. Mills
  craig.mills@bipc.com

- Samantha L. Southall
  samantha.southall@bipc.com

- Richard T. White
  rwhite@fablaw.com

- William E. Adams
  wadams@fablaw.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the United States District Court for the Northern District of California, on May 28, 2008.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 28, 2008, at San Diego, California.

*Elena Lopez*
ELENA LOPEZ

#22107 NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND SERVICES CORP.; CASE NO. C 07-02424 SC