RICHARD J. BAYLESS (SBN 153516)
Email: richard.bayless@bipc.com
CRAIG D. MILLS (Admitted *pro hac vice*)
Email: craig.mills@bipc.com
SAMANTHA L. SOUTHALL (Admitted *pro hac vice*)
Email: samantha.southall@bipc.com
BUCHANAN INGERSOLL & ROONEY, LLP
707 Broadway, Suite 800
San Diego, California 92101-5386
Telephone: (619) 239-8700
Facsimile:  (619) 702-3898

Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

RICHARD T. WHITE (SBN 58622)
Email: rwhite@fablaw.com
WILLIAM E. ADAMS (SBN 153330)
Email: wadams@fablaw.com
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21ST Floor
Oakland, California 94612
Telephone:  (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>                          Plaintiff,<br><br>     vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>                          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-02424 SC<br><br>**STIPULATION TO CONTINUE AND CONSOLIDATE PLAINTIFF'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF THE SECOND AMENDED COUNTERCLAIM AND DEFENDANT'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTERCLAIM**<br>**[Local Rule 7.7]**<br><br>Date:           June 13, 2008<br>Time:          10:00 a.m.<br>Judge:         Hon. Samuel Conti<br>Department: Courtroom 1<br><br>Complaint Filed: May 4, 2007<br>Trial Date:          December 8, 2008 |

STIPULATION TO CONTINUE AND CONSOLIDATE; CASE NO. C 07-02424 SC

IT IS HEREBY STIPULATED by and between the parties that the hearing upon Plaintiff First Advantage Background Services Corp.'s Motion to Dismiss and/or Strike Portions of the Second Amended Counterclaim, which is currently scheduled for June 13, 2008 at 10:00 a.m., shall be continued until and consolidated with the hearing upon Defendant Private Eyes, Inc.'s Motion for Leave to File a Third Amended Counterclaim, which is scheduled for July 11, 2008 at 10:00 a.m.

This is this first request for such a continuance. The parties have conferred and believe that consolidating the hearing of both motions is in the interest of both parties. Defendant's new counsel recently entered their appearance in this action and need additional time to prepare for argument. In addition, the parties believe it will be more efficient to consolidate the two hearings.

The parties believe that this extension of time will not affect any other dates or deadlines that have been set by the Court.

Dated: May 30, 2008                          BUCHANAN INGERSOLL & ROONEY LLP

/s/ Richard Bayless
By:   RICHARD BAYLESS
      CRAIG D. MILLS
      SAMANTHA L. SOUTHALL
      Attorneys for Plaintiff and Counter-Defendant
      FIRST ADVANTAGE BACKGROUND
      SERVICES CORP.

Dated: May 30, 2008                          FITZGERALD ABBOTT & BEARDSLEY LLP

/s/ William E. Adams
By:   RICHARD T. WHITE
      WILLIAM E. ADAMS
      Attorneys for Defendant and Couterclaimant
      PRIVATE EYES, INC.

- 1 -

#2083960-v1    STIPULATION TO CONTINUE AND CONSOLIDATE; CASE NO. C 07-02424 SC