1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
3  San Diego, CA 92101-5386
   Telephone: (619) 239-8700
4  Facsimile: (619) 702-3898

5  CRAIG D. MILLS (*PRO HAC VICE*)
   Email: craig.mills@bipc.com
6  SAMANTHA L. SOUTHALL (*PRO HAC VICE*)
   Email: samantha.southall@bipc.com
7  BUCHANAN INGERSOLL & ROONEY PC
   1835 Market Street, 14th Floor
8  Philadelphia, PA 19103-2985
   Telephone: (215) 665-8700
9  Facsimile: (215) 665-8760

10 Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 07cv02424 SC<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:          June 13, 2008<br>Time:          10:00 a.m.<br>Judge:         Hon. Samuel Conti<br>Department:    Courtroom 1<br><br>Complaint Filed: May 4, 2007<br>Trial Date:    None Set |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On May 30, 2008, I served the within documents:

1. **STIPULATION TO CONTINUE AND CONSOLIDATE PLAINTIFF'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF THE SECOND AMENDED COUNTERCLAIM AND DEFENDANT'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTERCLAIM**

The following are those who are currently on the list to receive e-mail notices for this case:

- Richard J. Bayless
  richard.bayless@bipc.com

- Craig D. Mills
  craig.mills@bipc.com

- Samantha L. Southall
  samantha.southall@bipc.com

- Richard T. White
  rwhite@fablaw.com

- William E. Adams
  wadams@fablaw.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the United States District Court for the Northern District of California, on May 30, 2008.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2008, at San Diego, California.

ELENA LOPEZ

- 1 -
CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC