1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  CRAIG D. MILLS (Admitted *pro hac vice*)
   Email: craig.mills@bipc.com
3  SAMANTHA L. SOUTHALL (Admitted *pro hac vice*)
   Email: samantha.southall@bipc.com
4  BUCHANAN INGERSOLL & ROONEY, LLP
   707 Broadway, Suite 800
5  San Diego, California 92101-5386
   Telephone: (619) 239-8700
6  Facsimile:  (619) 702-3898

7  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
8
   RICHARD T. WHITE (SBN 58622)
9  Email: rwhite@fablaw.com
   WILLIAM E. ADAMS (SBN 153330)
10 Email: wadams@fablaw.com
   FITZGERALD ABBOTT & BEARDSLEY LLP
11 1221 Broadway, 21ST Floor
   Oakland, California 94612
12 Telephone:  (510) 451-3300
   Facsimile:  (510) 451-1527
13
   Attorneys for Defendant and Counterclaimant,
14 PRIVATE EYES, INC.

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  FIRST ADVANTAGE BACKGROUND<br>SERVICES CORP., a Florida corporation, | Case No. C 07-02424 SC |
| 19                        Plaintiff, | **STIPULATION TO CONTINUE AND CONSOLIDATE PLAINTIFF'S MOTION TO DISMISS AND/OR STRIKE PORTIONS OF THE SECOND AMENDED COUNTERCLAIM AND DEFENDANT'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTERCLAIM**<br>**[Local Rule 7.7]** |
| 20         vs. | |
| 21  PRIVATE EYES, INC., a California corporation, DOES 1-10 | |
| 22                        Defendants. | |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS. | Date:          June 13, 2008<br>Time:         10:00 a.m.<br>Judge:        Hon. Samuel Conti<br>Department:  Courtroom 1 |
| 25 | |
| 26 | Complaint Filed: May 4, 2007<br>Trial Date:         December 8, 2008 |
| 27 | |
| 28 | |

1  IT IS HEREBY STIPULATED by and between the parties that the hearing upon Plaintiff First Advantage Background Services Corp.'s Motion to Dismiss and/or Strike Portions of the Second Amended Counterclaim, which is currently scheduled for June 13, 2008 at 10:00 a.m., shall be continued until and consolidated with the hearing upon Defendant Private Eyes, Inc.'s Motion for Leave to File a Third Amended Counterclaim, which is scheduled for July 11, 2008 at 10:00 a.m.

This is this first request for such a continuance. The parties have conferred and believe that consolidating the hearing of both motions is in the interest of both parties. Defendant's new counsel recently entered their appearance in this action and need additional time to prepare for argument. In addition, the parties believe it will be more efficient to consolidate the two hearings.

The parties believe that this extension of time will not affect any other dates or deadlines that have been set by the Court.

Dated: May 30, 2008           BUCHANAN INGERSOLL & ROONEY LLP

/s/ Richard Bayless
By:  RICHARD BAYLESS
     CRAIG D. MILLS
     SAMANTHA L. SOUTHALL
     Attorneys for Plaintiff and Counter-Defendant
     FIRST ADVANTAGE BACKGROUND
     SERVICES CORP.

Dated: May 30, 2008           FITZGERALD ABBOTT & BEARDSLEY LLP

/s/ William E. Adams
By:  RICHARD T. WHITE
     WILLIAM E. ADAMS
     Attorneys for Defendant and Couterclaimant
     PRIVATE EYES, INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
#2083960-v1  STIPULATION TO CONTINUE AND CONSOLIDATE; CASE NO. C 07-02424 SC