```
RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No.: C 07-02424 SC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE EYES, INC.**<br><br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br>Complaint Filed: May 4, 2007 |
| AND RELATED COUNTERCLAIM. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Defendant and Counterclaimant Private Eyes, Inc. substitutes Fitzgerald Abbott & Beardsley LLP as its counsel of record in this matter.

Former Attorney

Defendant and Counterclaimant Private Eyes, Inc.'s former counsel:

> Mark R. Mittelman (SBN 96598)
> Law Offices of Mark R. Mittelman, a Professional Corporation
> 190 North Wiget Lane, Suite 101
> Walnut Creek, CA 94598
> Telephone: (925) 256-0677
> Facsimile: (925) 256-0679

is no longer its attorneys in this matter.

---
1
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE EYES, INC., Case No.: C 07-02424 SC

5/23/08 (99999) #302850.1

New Attorney

Defendant and Counterclaimant Private Eyes, Inc.'s new counsel in this matter and new attorney of record on whom all notices and papers may be served is:

> Richard T. White (SBN 58622)
> William E. Adams (SBN 153330)
> Fitzgerald Abbott & Beardsley LLP
> 1221 Broadway, 21st Floor
> Oakland, CA 94612
> Telephone: (510) 451-3300
> Facsimile: (510) 451-1527

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1           Substitution Based on Consent

2     The undersigned consent to the substitution and certify that this substitution will not

3  delay the proceedings in this matter:

4  Dated: 5/27/____, 2008          PRIVATE EYES, INC.

5

6                                  By: _____
                                       Sandra James

7  Dated: 5/23____, 2008           LAW OFFICES OF MARK R. MITTELMAN

8

9                                  By: _____
                                       Mark R. Mittelman
10

11 Dated: May 27____, 2008         FITZGERALD ABBOTT & BEARDSLEY LLP

12

13                                 By: _____
                                       Richard T. White
14                                     Fitzgerald Abbott & Beardsley LLP
                                       1221 Broadway, 21st Floor
15                                     Oakland, CA 94612
                                       Telephone: (510) 451-3300
16                                     Facsimile: (510) 451-1527
                                       rwhite@fablaw.com
17                                     Attorneys for Private Eyes, Inc.

18

19
   SO ORDERED.
20

21 Dated: June  6  , 2008
                                   _____
22                                 UNITED STATES DISTRICT JUDGE
                                   IT IS SO ORDERED
                                   Judge Samuel Conti
23

24

25

26

27
                                        3
28 ─────────────────────────────────────────────────────────
   NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT PRIVATE
                     EYES, INC., Case No.: C 07-02424 SC

5/23/08 (99999) #302850.1