RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**NOTICE OF WITHDRAWAL OF PENDING MOTION FOR LEAVE TO FILE THIRD AMENDED CROSS-COMPLAINT AND OF INTENTION TO FILE AMENDED MOTION FOR LEAVE TO FILE DIFFERENT THIRD AMENDED CROSS-COMPLAINT**<br><br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br>Complaint Filed: May 4, 2007 |

I, Richard T. White, declare as follows:

1. On May 15, 2008, Mark Mittelman, former counsel for Defendant Private Eyes, Inc. ("PEI"), filed a motion for leave to file a third amended counter claim ("May 15 Motion") which is presently scheduled for hearing on July 11, 2008.

2. The law firm of Fitzgerald Abbott &Beardsley LLP substituted as new counsel for Defendant PEI on June 6, 2008.

3.  Following our firm's receipt and review of the records and files in this action, and in connection with preparing responses to outstanding discovery directed by Plaintiff First Advantage Background Services Corp. ("First Advantage") to Defendant PEI, we believe that a number of claims in the proposed third amended counter-claim appended to the May 15 Motion were not well-taken in light of previous orders of this Court.  We further believe that two additional claims for relief may be appropriate in light of the records and files, which claims have not been asserted previously or proposed to be asserted in the May 15 Motion and also which are not in violation of previous orders of this Court.

4.  During a discussion with Samantha L. Southall, counsel for Plaintiff First Advantage, on June 19, 2008, I agreed on behalf of Defendant PEI to withdraw the May 15 Motion scheduled for hearing on July 11, 2008, and instead to file an amended motion for leave to file third amended counter-claim, proposing a new pleading different from that appended to the May 15 Motion which we believe is consistent with previous orders of this Court and consistent with the records and files of this action.  First Advantage counsel and I further agreed to the terms of a Stipulated Request for Order Changing Time reflecting our agreement.

5.  Accordingly, Defendant PEI hereby withdraws the May 15 Motion with the intention to file its amended motion for leave to file third amended counter-claim no later than June 24, 2008, with a new proposed third amended counter-claim, to be set for hearing by stipulation on July 11, 2008.

I declare under penalty of perjury of the laws of the State of California and of the United States of America that the foregoing is true and correct.  Executed on the 20th day of June, 2008 in Oakland, California.

_____
Richard T. White