1  RICHARD T. WHITE #58622
   WILLIAM E. ADAMS #153330
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: rwhite@fablaw.com; wadams@fablaw.com
5
   Attorneys for Defendant and Counterclaimant,
6  PRIVATE EYES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | FIRST ADVANTAGE BACKGROUND        | Case No.: C 07-02424 SC
   | SERVICES CORP., a Florida corporation, |
11 |                                   | **PROOF OF SERVICE**
   | Plaintiff,                        |
12 |                                   |
   | vs.                               | Judge: Honorable Samuel Conti
13 |                                   | Dept.: Courtroom 1
   | PRIVATE EYES, INC., a California  | Complaint Filed: May 4, 2007
14 | corporation, DOES 1-10            |
15 | Defendants.                       |
16 |                                   |
   | AND RELATED COUNTERCLAIM.         |
17

18

19

20

21

22

23

24

25

26

27

28

                              1
              PROOF OF SERVICE, Case No.: C 07-02424 SC
6/20/08 (25420) #302971.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE - F.R.C.P. §5** |
| 2 | I, the undersigned, declare: I am employed in the County of Alameda, State of |
| 3 | California. I am over the age of 18 and not a party to the within action. I am employed by |
| 4 | Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612. |
| 5 | On **June 20, 2008**, I served a true and correct copy of the following document(s): |

**1. NOTICE OF WITHDRAWAL OF PENDING MOTION FOR LEAVE TO FILE THIRD AMENDED CROSS-COMPLAINT AND OF INTENTION TO FILE AMENDED MOTION FOR LEAVE TO FILE DIFFERENT THIRD AMENDED CROSS-COMPLAINT; AND**

**2. PROOF OF SERVICE.**

on the following interested parties, by causing service by the method indicated below:

| | |
|---|---|
| Craig D. Mills<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>T: 215-665-3863<br>F: 215-665-8760<br>*Attorney for Plaintiff First Advantage Background Services Corp.* | |

| | |
|---|---|
| | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| X | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

Proof of Service

6/20/08 (25420) #302972.1

1  I declare under the penalty of perjury under laws of the State of California that the
2  foregoing is true and correct. Executed on June 20, 2008 at Oakland, California.
3
4  Marie V. Erickson
   Print Name of Person Who Served Papers         Signature of Person Who Served Papers
5
6
7
...
28

Proof of Service

6/20/08 (25420) #302972.1

# Message Confirmation Report

JUN-20-2008 11:17 AM FRI

```
Xerox WorkCentre 4118 Series
Machine ID         :  FAX
Serial Number      :  YHT188717.......
Fax Number         :  5104511527
```

| | | |
|---|---|---|
| Name/Number | : | 12156658760 |
| Page | : | 6 |
| Start Time | : | JUN-20-2008 11:16AM FRI |
| Elapsed Time | : | 00'54" |
| Mode | : | STD ECM |
| Results | : | O.K |



**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

## FACSIMILE TRANSMISSION

**TO:** Craig D. Mills        **FROM:** Marie V. Erickson
                                        Paralegal

**FAX:** (215) 665-8760       **DATE:** June 20, 2008

**PHONE NO.:**

**CLIENT/MATTER NO.:**  9996-25420

**RE:**  First Advantage v. PEI
         Notice of Withdrawal

If copy is illegible or incomplete,
please call (510) 451-3300.

**PAGES:** 6 (including cover)

**MESSAGES:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE PROTECTED BY THE ATTORNEY-CLIENT OR OTHER ATTORNEY PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE OR THE PERSON RESPONSIBLE FOR DELIVERING FACSIMILES TO THE ADDRESSEE, THEN YOU HAVE RECEIVED THIS FACSIMILE IN ERROR. IN SUCH CASE, YOU ARE NOT AUTHORIZED TO USE, DISSEMINATE, DISTRIBUTE OR COPY SUCH FACSIMILE BUT ARE REQUESTED TO TELEPHONE THE SENDER AND MAIL THE FACSIMILE TO THE SENDER AT THE ABOVE ADDRESS.

6/20/08 (25420) #302973.1

