1  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
2  CRAIG D. MILLS (Admitted *pro hac vice*)
   Email: craig.mills@bipc.com
3  SAMANTHA L. SOUTHALL (Admitted *pro hac vice*)
   Email: samantha.southall@bipc.com
4  BUCHANAN INGERSOLL & ROONEY, LLP
   707 Broadway, Suite 800
5  San Diego, California 92101-5386
   Telephone: (619) 239-8700
6  Facsimile:  (619) 702-3898

7  Attorneys for Plaintiff and Counter-Defendant,
   FIRST ADVANTAGE BACKGROUND SERVICES CORP.
8
9  RICHARD T. WHITE (SBN 58622)
   Email: rwhite@fablaw.com
10 WILLIAM E. ADAMS (SBN 153330)
   Email: wadams@fablaw.com
11 FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21ST Floor
12 Oakland, California 94612
   Telephone:  (510) 451-3300
13 Facsimile:  (510) 451-1527

14 Attorneys for Defendant and Counterclaimant,
   PRIVATE EYES, INC.

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No. C 07-02424 SC |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| vs. | |
| PRIVATE EYES, INC., a California corporation, DOES 1-10 | Judge:                Hon. Samuel Conti<br>Dept:                 Courtroom 1 |
| Defendants. | Complaint Filed:    May 4, 2007 |
| AND RELATED COUNTERCLAIMS. | |

26        Pursuant to Civil L.R. 6-2 and 7-12, IT IS HEREBY STIPULATED by and between the parties

27 that:

28 ///

---

1.      On May 15, 2008, defendant Private Eyes, Inc. ("PEI") filed a motion for leave to file a third amended counterclaim (the "May 15 Motion").  The May 15 Motion currently is scheduled to be heard on July 11, 2008 at 10:00 a.m.  PEI has decided to withdraw the May 15 Motion.

2.      PEI plans to file an amended motion for leave to file a third amended counterclaim (the "Amended Motion for Leave").  The parties jointly request that this Amended Motion for Leave be heard on July 11, 2008 at 10:00 a.m. and propose the following shortened briefing schedule:

3.      PEI will e-file and serve its Amended Motion for Leave and any supporting papers on or before June 24, 2008.

4.      Plaintiff and counter-defendant First Advantage will e-file and serve any papers in opposition to the Amended Motion for Leave on or before July 2, 2008.

5.      PEI will e-file and serve any reply papers in further support of its Amended Motion for Leave on or before July 9, 2008.

6.      This is the first request for an order changing time.  The parties have conferred and believe that this proposed briefing schedule is in the interest of both parties.  The parties also believe that an order changing time is in the interest of both parties because it will allow this matter to proceed more quickly than if the Amended Motion for Leave was briefed in accordance with the times set forth in the local rules.

///
///
///
///
///
///
///
///
///
///
///

7.    The parties believe that this changing of time will not affect any other dates or deadlines that have been set by the Court.

Dated:  June 20, 2008              BUCHANAN INGERSOLL & ROONEY LLP


                                   /s/ Richard Bayless
                                   By:   RICHARD BAYLESS
                                         CRAIG D. MILLS
                                         SAMANTHA L. SOUTHALL
                                         Attorneys for Plaintiff and Counter-Defendant
                                         FIRST ADVANTAGE BACKGROUND
                                         SERVICES CORP.


Dated:  June 20, 2008              FITZGERALD ABBOTT & BEARDSLEY LLP


                                   /s/ Richard T. White
                                   By:   RICHARD T. WHITE
                                         WILLIAM E. ADAMS
                                         Attorneys for Defendant and Couterclaimant
                                         PRIVATE EYES, INC.

#2087210-v1 STIPULATED REQUEST FOR AN ORDER CHANGING TIME; CASE NO. C 07-02424 SC