1 RICHARD J. BAYLESS (SBN 153516)
Email: richard.bayless@bipc.com
2 CRAIG D. MILLS (Admitted *pro hac vice*)
Email: craig.mills@bipc.com
3 SAMANTHA L. SOUTHALL (Admitted *pro hac vice*)
Email: samantha.southall@bipc.com
4 BUCHANAN INGERSOLL & ROONEY, LLP
707 Broadway, Suite 800
5 San Diego, California 92101-5386
Telephone: (619) 239-8700
6 Facsimile:  (619) 702-3898

7 Attorneys for Plaintiff and Counter-Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation, | Case No. C 07-02424 SC |
| 13                                    Plaintiff, | **DECLARATION OF SAMANTHA L. SOUTHALL IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| 14        vs. | |
| 15 PRIVATE EYES, INC., a California corporation, DOES 1-10 | |
| 16                                    Defendants. | Judge:        Hon. Samuel Conti<br>Dept:          Courtroom 1 |
| 17 | Complaint Filed:      May 4, 2007 |
| 18 AND RELATED COUNTERCLAIMS. | |
| 19 | |

20        I, Samantha L. Southall, declare:

21        1.        I am an attorney licensed to practice law before all courts in the Commonwealth of

22 Pennsylvania and am admitted *pro hac vice* in this matter.  I am an associate of Buchanan Ingersoll &

23 Rooney PC and am counsel of record for plaintiff and counter-defendant First Advantage Background

24 Services Corp. ("First Advantage") in this matter.  If called upon to testify as to the matters set forth

25 herein, I could and would competently testify thereto as the matters set forth herein are personally

26 known to be true.

27        2.        On May 15, 2008, defendant and counterclaimant Private Eyes, Inc. ("PEI") filed a

28 motion for leave to file a third amended counterclaim (the "May 15 Motion").  The May 15 Motion

- 1 -

1  currently is scheduled to be heard on July 11, 2008 at 10:00 a.m.  New counsel for PEI, Richard T.

2  White, informed me on June 19, 2008, that PEI has decided to withdraw the May 15 Motion.

3          3.      PEI plans to file an amended motion for leave to file a third amended counterclaim (the

4  "Amended Motion for Leave").  I have conferred with counsel for PEI and the parties jointly request

5  that the Amended Motion for Leave be heard on July 11, 2008 at 10:00 a.m.  The parties have agreed

6  upon and propose the following shortened briefing schedule:

7          4.      PEI will e-file and serve its Amended Motion for Leave and any supporting papers on or

8  before June 24, 2008.

9          5.      First Advantage will e-file and serve any papers in opposition to the Amended Motion

10  for Leave on or before July 2, 2008.

11          6.      PEI will e-file and serve any reply papers in further support of its Amended Motion for

12  Leave on or before July 9, 2008.

13          7.      This is the first request for an order shortening time.  The parties believe that this

14  proposed briefing schedule is in the interest of both parties.  The parties also believe that an order

15  changing time is in the interest of both parties because it will allow this matter to proceed more quickly

16  than if the Amended Motion for Leave was briefed in accordance with the times set forth in the local

17  rules.

18          8.      The parties believe that this change of time will not affect any other dates or deadlines

19  that have been set by the Court.

20          I declare under penalty of perjury pursuant to the laws of the United States and the

21  Commonwealth of Pennsylvania that the foregoing is true and correct.  Executed this 20th day of June,

22  2008 in Philadelphia, Pennsylvania.

23

24                              /s/ Samantha L. Southall_____
                              SAMANTHA L. SOUTHALL
25

26

27

28

- 2 -

#2087218 v1
DECLARATION OF SAMANTHA L. SOUTHALL IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER
CHANGING TIME; CASE NO. C 07-02424 SC