1  RICHARD J. BAYLESS (SBN 153516)
   richard.bayless@bipc.com
2  CRAIG D. MILLS (Admitted *pro hac vice*)
   craig.mills@bipc.com
3  SAMANTHA L. SOUTHALL (Admitted *pro hac vice*)
   samantha.southall@bipc.com
4  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
5  San Diego, CA 92101
   Telephone:    619 239 8700
6  Fax:          619 702 3898

7

   Attorneys for Plaintiff and Counter-Defendant
8  FIRST ADVANTAGE BACKGROUND SERVICES CORP.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | FIRST ADVANTAGE BACKGROUND           | Case No. 07-cv-02424 SC
   | SERVICES CORP., a Florida corporation,|
12 |                                      | **CERTIFICATE OF SERVICE**
   |                    Plaintiff,        |
13 |                                      |
   |        vs.                           | Judge:           Hon. Samuel Conti
14 |                                      | Dept:            Courtroom 1
   | PRIVATE EYES, INC., a California     |
15 | corporation, DOES 1-10,              | Complaint Filed: May 4, 2007
   |                                      |
16 |                   Defendants.        |

17 AND RELATED COUNTERCLAIM.

18

---

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On June 20, 2008, I served the within documents:

1. **STIPULATED REQUEST FOR ORDER CHANGING TIME;**

2. **DECLARATION OF SAMANTHA L. SOUTHALL IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

The following are those who are currently on the list to receive e-mail notices for this case:

- Richard J. Bayless
  richard.bayless@bipc.com

- Samantha Southall
  samantha.southall@bipc.com

- Richard Thomas White
  rwhite@fablaw.com

- William Errol Adams
  wadams@fablaw.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the United States District Court for the Northern District of California, on June 20, 2008.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2008, at San Diego, California.

_____
ELENA LOPEZ

#221743-v1

- 1 -

CERTIFICATE OF SERVICE; CASE NO. C 07-02424 SC