United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>        Defendants.<br><br>AND RELATED COUNTER-CLAIMS | No. C-07-2424 SC<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PRIVATE EYES' AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED <u>COUNTERCLAIM</u> |

    Pending before the Court is First Advantage's Motion to Dismiss and Strike Private Eyes' Second Amended Counterclaim. Docket No. 53. The hearing on that motion was scheduled for July 11, 2008. Private Eyes opposed that motion and moved for leave to file a Third Amended Counterclaim. Docket Nos. 59, 64. The motion for leave was also scheduled for hearing on July 11. Private Eyes withdrew its first motion for leave, and now intends to file an amended motion for leave to file a Third Amended Counterclaim. Docket No. 81. The parties agree that First Advantage's motion to dismiss and Private Eyes' amended motion for leave to file should be heard simultaneously. <u>See</u> Docket No. 83. The motion to dismiss will be heard on July 25, 2008.

    The Court sets the following briefing schedule:

    1. Private Eyes will file its amended motion for leave to

file on or before June 27, 2008.

    2.  First Advantage will file any opposition to Private Eyes' amended motion on or before July 11, 2008.

    3.  Private Eyes will file its reply brief on or before July 18, 2008.

    4.  The amended motion for leave to file will be heard on July 25, 2008.

IT IS SO ORDERED.

Dated: June 24, 2008



UNITED STATES DISTRICT JUDGE

-2-