```
 1  RICHARD T. WHITE #58622
    WILLIAM E. ADAMS #153330
 2  SARA N. PASQUINELLI #233512
    FITZGERALD ABBOTT & BEARDSLEY LLP
 3  1221 Broadway, 21st Floor
    Oakland, California 94612
 4  Telephone: (510) 451-3300
    Facsimile: (510) 451-1527
 5  Email: rwhite@fablaw.com; wadams@fablaw.com;
    spasquinelli@fablaw.com
 6
    Attorneys for Defendant and Counterclaimant,
 7  PRIVATE EYES, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No.: C 07-02424 SC<br><br>**NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15]**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Dept.: Courtroom 1<br><br>Judge: Honorable Samuel Conti<br>Complaint Filed: May 4, 2007<br>Counter-Claim Filed: June 22, 2007 |
| AND RELATED COUNTERCLAIM. | |

TO PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP. AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on July 25, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Samuel Conti, Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, Defendant Private Eyes, Inc. will bring before the Court its motion for leave to file a Third Amended Counterclaim to add claims for violation of the California Unfair Trade Secrets Act and Common Law Unfair Competition.

---
1
NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15], Case No.: C 07-02424 SC
6/27/08 (25420) #305025.1

1  The grounds for this motion are as follows: Defendant files this Motion under Rule 15 of the Federal Rules of Civil Procedure because the parties are allowed to amend their pleadings with leave and the parties have stipulated to allow Defendant to seek leave to file such amendment.

This motion is based on the pleadings and papers on file in this action, this Notice of Motion, the accompanying Brief, the Declaration of Richard T. White, documents in the Court record, and such further evidence and argument as is presented at the hearing of this motion.

Dated: June 27, 2008

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Richard T. White
Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

---

2
NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15], Case No.: C 07-02424 SC
6/27/08 (25420) #305025.1