RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
SARA N. PASQUINELLI #233512
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com;
spasquinelli@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**[PROPOSED] ORDER RE AMENDED MOTION FOR LEAVE TO FILE A THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15]**<br><br>Judge: Honorable Samuel Conti<br>Complaint Filed: May 4, 2007<br>Counter-Claim Filed: June 22, 2007 |

After reviewing and considering the papers in support of and in opposition to Defendant's Amended Motion for Leave to File a Third Amended Counterclaim and the oral arguments presented during the hearing, and good cause appearing therefore, the Court hereby GRANTS the Motion in favor of Defendant.

Dated: July ___, 2008

_____
Judge Samuel Conti

1