```
 1  RICHARD T. WHITE #58622
    William E. Adams #153330
 2  SARA N. PASQUINELLI #233512
    FITZGERALD ABBOTT & BEARDSLEY LLP
 3  1221 Broadway, 21st Floor
    Oakland, California 94612
 4  Telephone: (510) 451-3300
    Facsimile: (510) 451-1527
 5  Email: rwhite@fablaw.com; wadams@fablaw.com
    spasquinelli@fablaw.com
 6
    Attorneys for Defendant and Counterclaimant,
 7  PRIVATE EYES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants. | Case No.: C 07-02424 SC<br><br>**PROOF OF SERVICE**<br><br>Judge: Honorable Samuel Conti<br>Dept.: Courtroom 1<br>Complaint Filed: May 4, 2007 |
| AND RELATED COUNTERCLAIM. | |

---

1
PROOF OF SERVICE, Case No.: C 07-02424 SC

6/27/08 (25420) #302971.1

1

**PROOF OF SERVICE - F.R.C.P. §5**

2  I, the undersigned, declare: I am employed in the County of Alameda, State of

3  California. I am over the age of 18 and not a party to the within action. I am employed by

4  Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

5  On **June 27, 2008**, I served a true and correct copy of the following document(s):

6  1. NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD
AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE
7  CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR
COMPETITION;
8

9  2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
COUNTERCLAIMANT PRIVATE EYES, INC.'S AMENDED MOTION FOR LEAVE
10  TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR
VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND
11  COMMON LAW UNFAIR COMPETITION

12
3. DECLARATION OF RICHARD T. WHITE IN SUPPORT OF
13  COUNTERCLAIMANT'S AMENDED MOTION FOR LEAVE TO FILE THIRD
AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE
14  CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR
COMPETITION;
15

16  4. [PROPOSED] ORDER RE AMENDED MOTION FOR LEAVE TO FILE THIRD
AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE
17  CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR
COMPETITION; AND
18

19  5. PROOF OF SERVICE

20  on the following interested parties, by causing service by the method indicated below:

21

| | |
|---|---|
| Craig D. Mills<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>T: 215-665-3863<br>F: 215-665-8760<br>*Attorney for Plaintiff First Advantage Background Services Corp.* | |
| U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. ||

Proof of Service

6/27/08 (25420) #302972.1

| | |
|---|---|
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| X | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
| | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on June 27, 2008 at Oakland, California.

Marie V. Erickson
Print Name of Person Who Served Papers

_____
Signature of Person Who Served Papers

Proof of Service

6/27/08 (25420) #302972.1