1  CYRIL J. DANTCHEV (SBN 129585)
   Email: cyril.dantchev@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 BROADWAY, SUITE 800
3  SAN DIEGO, CA 92101
   Telephone:    619 239 8700
4  Fax:          619 702 3898

5  RICHARD J. BAYLESS (SBN 153516)
   Email: richard.bayless@bipc.com
6  BUCHANAN INGERSOLL & ROONEY LLP
   707 BROADWAY, SUITE 800
7  SAN DIEGO, CA 92101
   Telephone:    619 239 8700
8  Fax:          619 702 3898

9
   Attorneys for Plaintiff and Counter-Defendant
10 FIRST ADVANTAGE BACKGROUND SERVICES CORP.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 07-cv-02424 SC<br><br>**NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV**<br><br>Judge:       Hon. Samuel Conti<br>Dept:        Courtroom 1<br><br>Complaint Filed:   May 4, 2007 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Cyril J. Dantchev, of the law offices of Buchanan Ingersoll & Rooney LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff and Counter-Defendant First Advantage Background Services Corp. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at cyril.dantchev@bipc.com.

DATED: July 1, 2008                    BUCHANAN INGERSOLL & ROONEY LLP


S/Cyril J. Dantchev
By:   CYRIL J. DANTCHEV
      Attorneys for Plaintiff and Counter-Defendant
      FIRST ADVANTAGE BACKGROUND
      SERVICES CORP.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On July 1, 2008, I served the within documents:

1. **NOTICE OF APPEARANCE FOR CYRIL J. DANTCHEV**

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Richard Thomas White
  rwhite@fablaw.com

- William Errol Adams
  wadams@fablaw.com

☐ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the **United States District Court for the Northern District of California**, on July 1, 2008:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 1, 2008, at San Diego, California.

_____
ELENA LOPEZ