1  CYRIL J. DANTCHEV (SBN 129585)
   Email: cyril.dantchev@bipc.com
2  BUCHANAN INGERSOLL & ROONEY LLP
   707 Broadway, Suite 800
3  San Diego, CA  92101
   Telephone:    619 239 8700
4  Fax:              619 702 3898

5

   Attorneys for Plaintiff and Counter-Defendant
6  FIRST ADVANTAGE BACKGROUND SERVICES CORP.

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | FIRST ADVANTAGE BACKGROUND          | Case No. 07-cv-02424 SC
   | SERVICES CORP., a Florida corporation, |
12 |                                     | **NOTICE OF CHANGE OF ATTORNEY**
   |                  Plaintiff,         | **INFORMATION AND COUNSEL OF**
13 |   vs.                               | **RECORD FOR FIRST ADVANTAGE**
   |                                     | **BACKGROUND CORP.**
14 | PRIVATE EYES, INC., a California    |
   | corporation, DOES 1-10,             | Judge:   Hon. Samuel Conti
15 |                                     | Dept:    Courtroom 1
   |                  Defendants.        |
16 |                                     | Complaint Filed:   May 4, 2007
17 | AND RELATED COUNTERCLAIM.           |

18

...

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Richard J. Bayless will no longer be counsel of record for Plaintiff and Counter-Defendant First Advantage Background Services Corp. ("First Advantage"). Please remove Richard J. Bayless from your respective service lists.

All notices and service should be directed to Attorney Cyril J. Dantchev of Buchanan Ingersoll & Rooney LLP, who is currently counsel of record in this case, as follows:

> CYRIL J. DANTCHEV
> Email: cyril.dantchev@bipc.com
> BUCHANAN INGERSOLL & ROONEY LLP
> 707 Broadway, Suite 800
> San Diego, CA 92101
> Telephone: (619) 239-8700
> Facsimile: (619) 702-3898

DATED: July 1, 2008                    BUCHANAN INGERSOLL & ROONEY LLP

                                       S/Cyril J. Dantchev
                                       By:    CYRIL J. DANTCHEV
                                              Attorneys for Plaintiff and Counter-Defendant
                                              FIRST ADVANTAGE BACKGROUND
                                              SERVICES CORP.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On July 1, 2008, I served the within documents:

1. **NOTICE OF CHANGE OF ATTORNEY INFORMATION AND COUNSEL OF RECORD FOR FIRST ADVANTAGE BACKGROUND CORP.**

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Richard Thomas White
  rwhite@fablaw.com

- William Errol Adams
  wadams@fablaw.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the **United States District Court for the Northern District of California**, on July 1, 2008:

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 1, 2008, at San Diego, California.

_____
ELENA LOPEZ

#232758-v1

-2-

NOTICE OF CHANGE OF ATTORNEY INFORMATION                                    CASE NO. 07-CV-02424 SC