1    RICHARD T. WHITE #58622
     WILLIAM E. ADAMS #153330
2    SARA N. PASQUINELLI #233512
     FITZGERALD ABBOTT & BEARDSLEY LLP
3    1221 Broadway, 21st Floor
     Oakland, California 94612
4    Telephone: (510) 451-3300
     Facsimile: (510) 451-1527
5    Email: rwhite@fablaw.com; wadams@fablaw.com;
           spasquinelli@fablaw.com
6
     Attorneys for Defendant and Counterclaimant,
7    PRIVATE EYES, INC.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10   FIRST ADVANTAGE BACKGROUND              Case No.: C 07-02424 SC
     SERVICES CORP., a Florida corporation,
11                                           **DECLARATION OF RICHARD T.**
                Plaintiff,                   **WHITE IN SUPPORT OF**
12                                           **COUNTERCLAIMANT PRIVATE EYES,**
           vs.                               **INC.'S REPLY IN SUPPORT OF**
13                                           **AMENDED MOTION FOR LEAVE TO**
     PRIVATE EYES, INC., a California        **FILE A THIRD AMENDED**
14   corporation, DOES 1-10                  **COUNTERCLAIM TO ADD CAUSES OF**
                                             **ACTION FOR VIOLATION OF THE**
15              Defendants.                  **CALIFORNIA UNFAIR TRADE**
                                             **SECRETS ACT AND COMMON LAW**
16                                           **UNFAIR COMPETITION**
                                             **[F.R.C.P. 15]**
17
                                             Judge: Honorable Samuel Conti
18                                           Dept.: Courtroom 1
                                             Complaint Filed: May 4, 2007
19   _____        Hearing: July 25, 2008

20   AND RELATED COUNTERCLAIM.

21

22        I, Richard T. White, declare:

23        1.    I am a member of the law firm of Fitzgerald Abbott & Beardsley LLP. I am one

24   of the attorneys of record for Defendant/Counterclaimant PRIVATE EYES, INC. (hereinafter

25   "PEI") in the instant matter. I am licensed to practice law in the United States District Court for

26   the Northern District of California. The following statements are based on my personal

27   knowledge and I could and would competently testify thereto in a court of law.

28                                          1
     DECLARATION OF RICHARD T. WHITE IN SUPPORT OF COUNTERCLAIMANT PRIVATE EYES'
       REPLY IN SUPPORT OF AMENDED MOTION FOR LEAVE TO FILE A THIRD AMENDED
                    COUNTERCLAIM CASE NO. C 07-02424 SC
7/18/08 (25420) #306798.1

1      2.      In the process of responding to FIRST ADVANTAGE BACKGROUND

2   SERVICES CORP.'s (hereinafter "FADV") Opposition to PEI's Amended Motion for Leave to

3   File a Third Amended Counterclaim, PEI realized that, while it referred to the 21-page March

4   2006 Power Point Presentation prepared by Bart Valdez and James A. Grizzard of FADV and

5   presented to CCE representatives ("March 2006 Power Point Presentation") in both paragraph

6   67 of its Sixth Count for Fraud-False Promise and paragraph 92 of its Tenth Count for Common

7   Law Unfair Competition, it mistakenly failed to attach it as an exhibit to its [Proposed] Third

8   Amended Counterclaim.  The disclosure of confidential information and direct soliciting of

9   CCE business as alleged in paragraphs 30-32 of its First Count for Breach of Written Contract

10  are evidenced in part by FADV's Power Point Presentation which appears to be specifically

11  designed to convince CCE to replace PEI with FADV.  Attached hereto as Exhibit A is a true

12  and correct copy of that March 2006 Power Point Presentation referred to in the pleading.

13     3.      PEI requests that the Court consider Exhibit A when evaluating its Amended

14  Motion for Leave to File a Third Amended Counterclaim.

15     4.      I declare under penalty of perjury of the laws of the State of California and of the

16  United States of America that the foregoing is true and correct.  Executed on the 18th day of

17  July, 2008 in Oakland, California.

18

19                                          _____
                                                        Richard T. White
20

21

22

23

24

25

26

27

28
                                    2
     DECLARATION OF RICHARD T. WHITE IN SUPPORT OF COUNTERCLAIMANT PRIVATE EYES'
     REPLY IN SUPPORT OF AMENDED MOTION FOR LEAVE TO FILE A THIRD AMENDED
     COUNTERCLAIM  CASE NO. C 07-02424 SC
     7/18/08 (25420) #306798.1

# EXHIBIT A



# Coca-Cola Enterprises

## &

# First Advantage Corporation

Bart Valdez – President, Employment Screening Services Division

James A. Grizzard – National Account Manager



# Agenda

– Formal Introductions
– Process for drug screens In-network vs. out-of-network providers
  o Why is it so difficult to receive this listing of providers?
-Current pricing for all services for 2005
  o What was the total invoiced $ amount for in-network vs. out-of-network providers?
-Invoicing and payments
  o How does this work with Private Eyes?





# Agenda (Continued)

- How does FADV ensure payment of the clinics/doctors?
  - o Current payment issues with clinics/doctors
- Missing random drug testing in 2005
  - o Steps to ensure that a reoccurrence does not happen in 2006
  - – EOY Business Snapshot
  - – Coca-Cola & FADV – 2006
  - – Q&A



# Current pricing for all services for 2005





| | |
|---|---|
| ☐ Drug Screen | $1,660,457 |
| ■ Phy Exams | $569,229 |
| ▨ Alcohol tests | $450,409 |
| ▧ DQ | $347,325 |
| ▤ Total | $3,027,420 |







# Pricing Breakout Per Service

- $23.00 In-Network
- $41.00 Out of Network
- $61.95 Exams (DOT only)
- $45.00 Breath Alcohol
- All other services passed through at cost and invoices provided to PE.



# Invoicing & Payment Procedures



FIRST Advantage

- Invoicing and payments *(How does this work with Private Eyes?)*

  – FADV Invoices Private Eyes for all drug testing, alcohol tests, exams, after hours testing, on-site testing and SAP programs.

  – All additional line items (**Bill Backs*) above our standard fee is provided to Private Eyes every month to substantiate costs and show that FADV does not include any markup on these items. Contract requires net payment from Private Eyes within 22 days

*See protocol sheet

# Ensuring Clinic Payments

FADV must:

- Make certain that all clinics have updated protocol sheet.
- Ensure that all CCE BU Managers notify FADV if a clinic is replaced.
  - in order to guarantee clinic has proper billing information
  - make sure FADV has the W-9 on file.
  - ensure the pricing is within the guidelines
- Replacement of any clinic that is unwilling to follow this protocol.

**FIRST**Advantage



# EOY Compliance By Division

## (Missing Random tests in 2005)

| Division | Total Emps | Drug Needed | Drug Tested | Compliant | Alcohol Needed | Alcohol Tested | Compliant | Missing |
|---|---|---|---|---|---|---|---|---|
| Central States | 547 | 274 | 356 | Yes | 55 | 59 | Yes | 25 |
| Desert Mountain | 474 | 237 | 296 | Yes | 48 | 23 | | 15 |
| Mid West | 512 | 256 | 328 | Yes | 52 | 37 | | |
| New England | 571 | 286 | 306 | Yes | 58 | 60 | Yes | |
| Tri States | 1190 | 595 | 883 | Yes | 119 | 155 | Yes | |
| New York | 763 | 382 | 437 | Yes | 77 | 74 | | 3 |
| Gulf States | 851 | 426 | 427 | Yes | 86 | 25 | | 61 |
| S. States | 727 | 364 | 428 | Yes | 73 | 25 | | 48 |
| N. Texas | 572 | 286 | 404 | Yes | 58 | 36 | | 22 |
| N. Cal | 385 | 193 | 277 | Yes | 39 | 24 | | 15 |
| Florida | 860 | 430 | 431 | Yes | 86 | 20 | | 66 |
| E. Great Lakes | 673 | 337 | 513 | Yes | 68 | 80 | Yes | 33 |
| SW Texas | 459 | 230 | 169 | No | 46 | 13 | | |
| Mid Atlantic | 680 | 340 | 417 | Yes | 68 | 95 | Yes | |
| Mid America | 401 | 201 | 216 | Yes | 41 | 40 | | 1 |
| E. Texas | 482 | 241 | 308 | Yes | 49 | 58 | Yes | |
| Atlanta | 563 | 286 | 440 | Yes | 57 | 67 | Yes | |
| Lakeshore | 777 | 389 | 436 | Yes | 78 | 125 | Yes | |
| Northwest | 468 | 234 | 337 | Yes | 47 | 52 | Yes | |
| S. Cal | 933 | 467 | 817 | Yes | 94 | 130 | Yes | |

FIRSTAdvantage





# Why this will not happen in 2006

- Assignment of a National Account Manager.

- Assignment of Major Account Coordinator

- Better communication between CCE & FADV *(Recent meetings with Business Unit Managers)*

- Quarterly Business Reviews *(By business Unit)*



FIRST Advantage

# End of Year 2005 Results





# Drug Screening Turn Around Time

|  | Neg | Pos > Neg | Pos | NCP | Total |
|---|---|---|---|---|---|
| Total Results | 39,511 | 78 | 541 | 115 | 40302 |

| | | |
|---|---|---|
| Results Reported to Standards | 37,535 | 653 |
| % reported to Standards | 95% | 89% |

Total Results exceeding Standards*                    *1 Bus Day                    *5 Bus Days

| | | |
|---|---|---|
| Standard + 1 Business Day | 96.50% | 92.00% |
| Standard + 2 Business Days | 97.10% | 94.30% |
| Standard + 3 Business Days | 97.60% | 96% |
| Standard + 4 Business Days | 98% | 96.90% |
| Standard + 5 business days & > | 100% | 100% |

FIRST Advantage

# Positive/Tampered Results



# Total Tests Performed – 2004 VS. 2005



Legend: 2004, 2005

| Category | 2004 | 2005 |
|----------|------|------|
| PRE | 17310 | 14073 |
| P/A | 13531 | 12447 |
| RAN | 8234 | 8068 |
| RTD | 198 | 107 |
| Other | 1079 | 452 |
| R/C | 127 | 41 |



FIRST Advantage



FIRST Advantage

# Driver Qualification Files

- Compliance
  - CCE by Year
  - By Division
  - Non Compliant Items





# CCE Compliance By Year

Jan-06 85.50%

Jan-05 87.01%

Jan-04 75.04%

Total Compliance

88.00%
86.00%
84.00%
82.00%
80.00%
78.00%
76.00%
74.00%
72.00%
70.00%
68.00%



FIRST Advantage

# Compliance By Division



Compliance Summary by Division



# Non Compliant Items



**FIRST** Advantage

| Category | Value | Percent |
|---|---|---|
| App | 463 | 3.67% |
| CDL | 442 | 3.50% |
| MVR | 372 | 2.94% |
| PHY | 337 | 2.67% |
| Pre-ee | 582 | 4.61% |
| ROV | 872 | 6.90% |
| RT | 613 | 4.85% |

# Solutions for the Employment Lifecycle

Applicant Tracking

Background Investigations

Substance Abuse Testing

Fingerprinting

Physical Examinations

Hiring Tax Credits

Pre-Employment

Employment

Vendor Due Diligence

Random Drug Testing Programs

Crisis Management

Location-Based Tax Credits

Driver Qualification File Management

Employee Assistance Programs

Convenient. Comprehensive. Effective.


FIRST Advantage

Coca-Cola®



# Cost Savings on Current Programs

- Total Savings Range
  - $965,185.60-$1,367,593,35
    - BI -$410K +
    - Drug Screening - $246K +
    - MVR - $250K
- Savings could begin immediately

*Review Proposal



# In Conclusion

- Moving CCE to New Compliance Tool.
  - Better management reporting
  - Better tools to adjust with CCE changing environment
  - Better methods to track other CCE policies (Moving violations)
- Survey Review
  - FADV PE application Process
  - Faxing of documents
  - New BU reporting
- Scheduled Conference Calls
- What to Expect in 2006

