RICHARD T. WHITE #58622
WILLIAM E. ADAMS #153330
SARA N. PASQUINELLI #233512
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; wadams@fablaw.com;
spasquinelli@fablaw.com

Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: C 07-02424 SC<br><br>**AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15]**<br><br>Date:    November 14, 2008<br>Time:    10:00 a.m.<br>Dept.:   Courtroom 1<br><br>Judge: Honorable Samuel Conti<br>Complaint Filed: May 4, 2007<br>Counter-Claim Filed: June 22, 2007 |

TO PLAINTIFF FIRST ADVANTAGE BACKGROUND SERVICES CORP. AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on November 14, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Samuel Conti, Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, Defendant Private Eyes, Inc. will bring before the Court its motion for leave to file a Third Amended Counterclaim to add claims for violation of the California Unfair Trade Secrets Act and Common Law Unfair

---
1
AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15], Case No.: C 07-02424 SC
9/23/08 (25420) #305025.1

1  Competition. This amends the Notice that was filed on June 27, 2008.

2  The grounds for this motion are as follows: Defendant files this Motion under Rule 15 of the Federal Rules of Civil Procedure because the parties are allowed to amend their pleadings with leave and the parties have stipulated to allow Defendant to seek leave to file such amendment.

This motion is based on the pleadings and papers on file in this action, this Amended Notice of Motion, the Brief, and the Declaration of Richard T. White filed on June 27, 2008, documents in the Court record, and such further evidence and argument as is presented at the hearing of this motion.

Dated: September 23, 2008

FITZGERALD ABBOTT & BEARDSLEY LLP

By /s/ Richard T. White
Richard T. White
Attorneys for Defendant and Counterclaimant,
PRIVATE EYES, INC.

**PROOF OF SERVICE - F.R.C.P. §5**

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **September 23, 2008**, I served a true and correct copy of the following document(s):

**AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIM TO ADD CLAIMS FOR VIOLATION OF THE CALIFORNIA UNFAIR TRADE SECRETS ACT AND COMMON LAW UNFAIR COMPETITION [F.R.C.P. 15]**

on the following interested parties, by causing service by the method indicated below:

| Craig D. Mills<br>Buchanan Ingersoll & Rooney PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA 19103-2985<br>T: 215-665-3863<br>F: 215-665-8760<br>***Attorney for Plaintiff First Advantage Background Services Corp.*** | |
|---|---|

|  | |
|---|---|
|  | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
|  | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
|  | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| X | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |
|  | Email - By placing a true copy thereof into .pdf format and forwarding via email. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on September 23, 2008 at Oakland, California.

Proof of Service

9/23/08 (25420) #302972.1

1  Marie V. Erickson
   _____
2  Print Name of Person Who Served Papers

*[signature: Marie V Erickson]*
Signature of Person Who Served Papers

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proof of Service

9/23/08 (25420) #302972.1