CYRIL J. DANTCHEV (SBN 129585)
Email:  cyril.dantchev@bipc.com
BUCHANAN INGERSOLL AND ROONEY LLP
707 Broadway, Suite 800
San Diego, California  92101
Telephone:     (619) 239-8700
Fax:               (619) 702-3898

CRAIG D. MILLS (*pro hac vice*)
Email:  craig.mills@bipc.com
SAMANTHA L. SOUTHALL (*pro hac vice*)
Email:  samantha.southall@bipc.com
BUCHANAN INGERSOLL AND ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania  19103
Telephone:     (215) 665-8700
Facsimile:     (215) 665-8760

Attorneys for Plaintiff and Counter-Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>                                    Defendants.<br><br>───────────────────────────<br><br>AND RELATED COUNTERCLAIM. | Case No. 07-cv-02424 SC<br><br>**AMENDED NOTICE OF MOTION AND AMENDED MOTION TO DISMISS AND STRIKE PRIVATE EYES, INC.'S SECOND AMENDED COUNTERCLAIM**<br><br>[Fed. R. Civ. P. 12(b)(6); Fed. R. Civ. P. 12(f)]<br><br>Date:         November 14, 2008<br>Time:         10:00 a.m.<br>Judge:        Hon. Samuel Conti<br>Dept:         Courtroom 1<br><br>Complaint:  May 4, 2007 |

1   TO DEFENDANT PRIVATE EYES, INC. AND ITS ATTORNEY OF RECORD:

2          PLEASE TAKE NOTICE that, on November 14, 2008, at 10:00 a.m., or as soon thereafter

3   as counsel may be heard in the courtroom of the Honorable Samuel Conti, Courtroom 1, 17th Floor,

4   450 Golden Gate Avenue, San Francisco, California, Plaintiff First Advantage Background Services

5   Corp. will bring before the Court its motion to dismiss and strike the Second Amended

6   Counterclaim.  This amends the Notice that was filed on April 24, 2008.

7          The grounds for this motion are as follows:  (1) Private Eyes, Inc.'s ("PEI") Fifth Cause of

8   Action fails to state a claim for intentional interference with prospective economic advantage; (2)

9   PEI's Fifth Cause of Action is in direct violation of this Court's March 5, 2008 Order for pleading

10  matters that go beyond the scope of its previous allegations; (3) PEI's Sixth and Seventh Causes of

11  Action are in direct violation of this Court's March 5, 2008 Order for pleading matters that were

12  dismissed by the Court with prejudice; and (4) paragraph 28 and paragraph 33, p. 7, lines 23-24

13  violate the Court's March 5, 2008 Order.

14         This motion is based upon this Amended Notice of Motion, the Memorandum of Points and

15  Authorities, PEI's First and Second Amended Counterclaims, the Court's September 5, 2007 Order,

16  the Court's March 5, 2008 Order along with the papers, records and pleadings on file herein and on

17  such other and further matters as may be presented at the hearing on this motion.

18

19

20  DATED:  September 24, 2008          BUCHANAN INGERSOLL & ROONEY LLP

21

22                                              /s/ Cyril J. Dantchev

23                              By:    CYRIL J. DANTCHEV
                                       Attorneys for Plaintiff and Counter-Defendant
24                                     FIRST ADVANTAGE BACKGROUND
                                       SERVICES CORP.

25

26

27

28

-1-