CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL AND ROONEY LLP
707 Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 239-8700
Fax: (619) 702-3898

CRAIG D. MILLS (*pro hac vice*)
Email: craig.mills@bipc.com
SAMANTHA L. SOUTHALL (*pro hac vice*)
Email: samantha.southall@bipc.com
BUCHANAN INGERSOLL AND ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8700
Facsimile: (215) 665-8760

Attorneys for Plaintiff and Counter-Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 07-cv-02424 SC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:           Hon. Samuel Conti<br>Dept:            Courtroom 1<br>Complaint Filed: May 4, 2007 |

CERTIFICATE OF SERVICE                                                                 CASE NO. 07-cv-02424 SC

1   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 707 Broadway, Suite 800, San Diego, CA 92101. On September 24, 2008, I served the within documents

    1.    AMENDED NOTICE OF MOTION AND AMENDED MOTION TO DISMISS AND STRIKE PRIVATE EYES, INC.'S SECOND AMENDED COUNTERCLAIM

The following are those who are currently on the list to receive e-mail notices for this case:

- Cyril J. Dantchev
  cyril.dantchev@bipc.com

- Samantha L. Southall
  samantha.southall@bipc.com

- Richard Thomas White
  rwhite@fablaw.com

- William Errol Adams
  wadams@fablaw.com

☒ **By electronic service.** I served the above named persons the above-listed document(s) electronically when I filed the above document(s) electronically with the **United States District Court for the Northern District of California**, on September 24, 2008.

**Service List**

| Richard T. White, Esq. | Attorneys for Defendants |
| William E. Adams, Esq. | PRIVATE EYES, INC. |
| Fitzgerald Abbot & Beardsley LLP | |
| 1221 Broadway, 21st Floor | Telephone: (510) 451-3300 |
| Oakland, CA 94612-1837 | Facsimile: (510) 451-1527 |
| | Email: rwhite@fablaw.com |
| | Email: wadams@fablaw.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- 1 -

CERTIFICATE OF SERVICE    CASE NO. 07-cv-02424 SC

- 2 -

1     I declare under penalty of perjury under the laws of the State of California that the above is
2 true and correct.
3     Executed on September 24, 2008, at San Diego, California.

_____
JACKIE FORJAIS