CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
707 Broadway, Suite 800
San Diego, California 92101
Telephone:  (619) 239-8700
Facsimile:  (619) 702-3898

CRAIG D. MILLS (*pro hac vice*)
Email: craig.mills@bipc.com
SAMANTHA L. SOUTHALL (*pro hac vice*)
Email: samantha.southall@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone:  (215) 665-8700
Facsimile:  (215) 665-8760

Attorneys for Plaintiff and Counter-Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

RICHARD T. WHITE (SBN 58622)
Email: rwhite@fablaw.com
WILLIAM E. ADAMS (SBN 153330)
Email: wadams@fablaw.com
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21ST Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Defendant and Counterclaimant
PRIVATE EYES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIVATE EYES, INC., a California corporation, DOES 1-10,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 07-cv-02424 SC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:   Hon. Samuel Conti<br>Dept:    Courtroom 1<br><br>Complaint Filed:   May 4, 2007 |

1  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff First Advantage
2  Background Services Corp. and defendant Private Eyes, Inc., by their undersigned counsel, pursuant
3  to Federal Rule of Civil Procedure 41(a), that all of the parties' claims against each other are hereby
4  voluntarily dismissed in their entirety, with prejudice, and that there shall be no application made to
5  the Court by any party for an award of costs and fees.

7  Dated: October 28, 2008          BUCHANAN INGERSOLL & ROONEY LLP

                                    /s/ Cyril J. Dantchev
9                                   By:   CYRIL J. DANTCHEV
                                    Attorneys for Plaintiff and Counter-Defendant
10                                  FIRST ADVANTAGE BACKGROUND
                                    SERVICES CORP.

13  Dated: October 28, 2008         FITZGERALD ABBOTT & BEARDSLEY LLP

                                    /s/ Richard T. White
                                    By:   RICHARD T. WHITE
16                                        WILLIAM E. ADAMS
                                    Attorneys for Defendant and Counterclaimant
17                                  PRIVATE EYES, INC.

10/28/08

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA